# Exhibit A

*CDH U9227*          *$1500*

**1. APPLICANT: Incomplete form may result in decline of your application.**   For WI Residents Only: Check box if you are married: ☐

First Name: *Cristobal*   Middle Initial: *E*   Last Name: *Granades*   Social Security Number: ___   Date of Birth (MM/DD/YY): ___

Current Address: ___   Apt. #: ___   City: ___   State: ___   Zip: ___   ☐ Own  ☐ Rent  ☒ Board

Home Phone: ___   Business Phone: ___   Annual Income*: ___   Check if you have a: ☒ Checking Account  ☐ Savings Account

Time at residence: *4* Years *3* Months   Time with employer: *3* Years *3* Months   E-Mail Address (optional): ___   By providing your e-mail address, you also consent to receive e-mails relating to offers and services from Best Buy Co., Inc. and its subsidiaries.

**2. JOINT APPLICANT: Please complete for Joint Credit or if you are a married WI resident.**

First Name: ___   Middle Initial: ___   Last Name: ___   Social Security Number: ___ - ___ - ___   Date of Birth (MM/DD/YY): __/__/__

Current Address: ___   Apt. #: ___   City: ___   State: ___   Zip: ___

Home Phone: ___   Business Phone: ___   Annual Income*: ___

**3. APPLICANT AND JOINT APPLICANT: SIGN HERE**

[BEST BUY logo]   All of the information furnished on this application is, to the best of your knowledge, complete and accurate. You agree that we may obtain a credit bureau report on you and we may check any of the information provided on this application from whatever source we choose. By completing and signing this application, you request a Card issued to you by us which will allow you to make purchases under this Account. By a) signing, using or permitting others to use this Card; b) signing or permitting others to sign sales slips; c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of the Cardholder Agreement and Disclosure Statement, (which includes an arbitration provision) which shall be sent to you with the credit card. If this is a joint credit application, you understand that each applicant has the right to use the Account and that you shall be liable for all purchases made under the Account by any joint applicant. You grant us a purchase money security interest in the goods purchased on your Account. You understand that we may provide information relating to our transactions and experiences with you to others, including Best Buy, whether or not you are approved for credit. You may prohibit the sharing of such information by calling us at 1-800-365-3804.

Applicant's Signature: ___   Date (MM/DD/YY): *3 12 05*   Joint Applicant's Signature: ___   Date (MM/DD/YY): ___

**4. PROTECT YOUR ACCOUNT WITH ACCOUNT SHIELD℠, AN OPTIONAL MONTHLY DEBT CANCELLATION PROGRAM.**

If you enroll in our optional Account Shield program, your monthly credit card balance or a portion of your balance may be cancelled in the case of a qualifying Total Disability, Involuntary Unemployment, Property Damage or Loss, or Loss of Life event. For Total Disability, the maximum balance that can be cancelled is $1,000 per month, up to $10,000, and for Involuntary Unemployment, up to $1,000 per month for six months. For Loss of Life or Property Damage or Loss, the maximum balance that can be cancelled is $10,000. To receive a cancellation for Involuntary Unemployment or Total Disability, you must be employed full-time (but not self-employed or working for a spouse or any other individual living with you on whom you are financially dependent for support and maintenance) and working 30 hours or more per week at a single job on the date the event occurs. Account Shield is not insurance and is unavailable in Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada.

**YES,** please enroll me, the primary cardholder, in the optional Account Shield monthly debt cancellation program. I authorize the monthly charge to my account when I have a balance. I have received and read the Account Shield Summary. I understand that your evaluation of my credit card application will not be influenced by whether I choose to enroll, and I am free to cancel at any time.   **NO,** I do not wish to enroll at this time.

SIGN HERE TO ENROLL: ___   DATE: ___   SIGN HERE TO DECLINE: ___   DATE: ___

DC-11-11

**Apply for a MasterCard Today. A great value at Best Buy AND everywhere else.**

[MasterCard logo]   Household Bank MasterCard

If you have applied for a Best Buy credit card issued by Household Bank (SB), N.A., Las Vegas, Nevada ("us," "we," "our"), we invite you to apply for a Household Bank Platinum, Gold or Standard MasterCard. By signing below, you confirm that you have read and agree to all of the terms, authorizations, and disclosures contained on the panel entitled "Important Terms of the Household Bank Platinum, Gold and Standard MasterCard's."

☐ Please send me an additional Household Bank MasterCard issued in the name of the Best Buy credit card joint applicant. The Best Buy credit card joint applicant will be considered an authorized user for this MasterCard Account. I understand I will be solely responsible for all charges and transactions made by the authorized user and the authorized user will have no liability to the credit card issuer for those charges and transactions.

X ___   Applicant's Signature: ___   Date: ___

| (For Best Buy Use Only) | | | MERCHANT #88 ___ | ORG #169 | SALE AMT. ___ |
|---|---|---|---|---|---|
| APPLICATION # ☐☐☐☐☐☐☐☐ | | ACCOUNT # ___ | | | CREDIT LIMIT ___ |

I.D. #1 Photo I.D. (Applicant) Type:  ☐ Drivers License I.D. # ___   State *CA*  Date of Issue ___  Exp. Date *06/05*

☐ Other # ___   State ___  Date of Issue __/__   Exp. Date __/__

I.D. #2 Credit Card (Applicant) ☒ MC  ☐ VISA  ☐ AMEX  ☐ DISCOVER  Exp. Date *06/09*  Alt. I.D. ___

I.D. #1 Photo I.D. (Joint Applicant) Type:  ☐ Drivers License I.D. # ___   State ___  Date of Issue ___  Exp. Date ___

☐ Other # ___   State ___  Date of Issue __/__   Exp. Date __/__

*INCOME NOTICE: Case include all sources. You need not disclose alimony, child support or separate maintenance income if you do not wish to have it considered as a basis for repaying this obligation.

6022-BEST BUY-19 (5-04)

IMPORTANT CUSTOMER DISCLOSURE INFORMATION ATTACHED - PLEASE DETACH AND RETAIN FOR YOUR RECORDS.

Exhibit A-7

# Exhibit B



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 492   WILMINGTON, DE

POSTAGE WILL BE PAID BY ADDRESSEE

**BEST BUY CREDIT CARD/MASTERCARD**
**HOUSEHOLD BANK (SB), N.A.**
**PO BOX 15519**
**WILMINGTON DE  19885-5519**

Take
home
the
fun
today

**BEST BUY**

7001060123456789

VALUED CUSTOMER

- **No Interest Financing* Every Day.**
- **Exclusive Money-Saving Offers.**
- **Quick Credit Decisions.**
- **Online Account Management and Bill Payment.**

*See Cardholder Agreement and Disclosure Statement and Best Buy Card Consumer Credit Plans for details.

Rev. 6/04

6022-BEST BUY-19 (6-04)

**BestBuy com™**

Exhibit B-9





Take **home** the **fun today**

## So many reasons to use your Best Buy credit card:

**No Interest Financing\* plans available every day.**

- 90 day Financing – No Minimum Purchase Required.
- 6 month Financing – On purchases totaling $299 and up.

- Weekly Extended Financing specials.

- Quick credit decisions.

- No Annual Fee – Low Monthly Payments.

- Exclusive money-saving offers.

- Online account management and bill payment.



7001060123456789

VALUED CUSTOMER

\* No minimum purchase required for 90 day plan. Minimum total purchase of $299 required for 6 month plan. Required minimum monthly payment is greater of $10 or 2.25% of balance. Interest will be charged to your account from the date of purchase if plan balance is not paid in full within 90 days for 90 day plan or 180 days for 6 month plan, or if minimum monthly payments are not made. Available in-store only. See Product Specialist for details.

APPLY



†To qualify, we must receive your first minimum payment when due.

††Contingent upon a review of your credit worthiness. See "Important Terms of the Household Bank Platinum, Gold and Standard MasterCards" for additional information.

- Complimentary $25 Best Buy Gift Card.†

- Introductory APR's as low as 0% and a range of competitive APRs.††

- Toll-free phone and account management online 24 hours/day, 7 days/week.

- Acceptance at more than 17 million online and retail locations worldwide.

- Cash access at more than one million bank and ATM locations worldwide.

Exhibit B-10

---

## IMPORTANT INFORMATION:
### ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

**What this means for you:**

When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

---

## Household Bank (SB), N.A.
### Privacy Statement

**Our Commitment to You**

Household Bank (SB), N.A. ("Household"), is proud to be part of a financial services organization that has been providing superior products and services to its customers for more than a century. We greatly appreciate the trust that you and millions of other customers have placed in us, and we protect that trust by respecting your privacy even if our relationship with you ends.

This Privacy Statement illustrates our commitment to your privacy and explains our privacy practices so you can make an informed decision about whom you allow us to share your information with in order to offer you additional products and services. Although most customers enjoy receiving offers and information about additional products and services, if you prefer that we don't share your information for marketing purposes we will respect your choice. If you have selected a credit insurance product, the privacy statement applicable to that credit insurance product is set forth at the end of this Privacy Statement.

**Types of Information We Collect**

It is important for you to know that in order to ensure that our customers get the very best service and the highest quality products, Household collects demographic information (such as your name and address) and credit information (such as information related to your accounts with us and others). This information comes either directly from you, for instance, from your application and transactions on your account; or, it may come from an outside source such as your credit bureau report. In addition, if you visit our Internet website, we may collect certain information about your Internet usage. Gathering this information helps us to identify our customers and manage our customer relationships. It also assists us in the development of products and services to meet the continuing needs of our customers.

**We Respect Your Privacy**

Since some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access. Because Household respects your privacy and values your trust, the only employees or companies who can access your non-public personal information are those who use it to service your account or provide services to you or to us. Household diligently maintains physical, electronic and procedural safeguards that comply with applicable federal standards to guard your non-public personal information and to assist us in preventing unauthorized access to that information.

**How We Share Information with Our Affiliates***

From time to time, for general business purposes such as fraud control, or when we think it may benefit you, we share certain information with other companies within our corporate family (i.e., Affiliates). These companies all provide financial services such as banking, consumer finance, insurance, mortgage, and brokerage services. Some examples include companies doing business under the names Household, Beneficial, or HSBC. We may also share certain information with non-financial service providers that become our Affiliates in the future (such as travel, auto and shopping clubs). The information we share might come from your application, such as your name, address, telephone number, social security number, and e-mail address. Also, the information we share could include your transactions with us or our Affiliates (such as your account balance, payment history, and parties to the transaction), your Internet usage, or credit card usage. Except for Vermont residents, the information we share with our Affiliates may also include your assets, income or credit reports which we collect from the sources described above. With this information, our Affiliates can determine if the products they specialize in, such as mortgages, automobile loans and insurance, may be of benefit to you.

**How We Share Information with Your Merchant/Dealer**

We may share non-public personal information with the merchant or dealer in whose name your credit card is issued which the merchant or dealer may use to market you for products and services unrelated to your account with us. The information we provide them may come from your application and might include your name, address, and telephone number. You may tell us not to share such information with the merchant or dealer for purposes unrelated to your account with us by calling the phone number listed below. For Vermont residents, Vermont law requires us to obtain your permission to share information about you in this way and we have chosen not to share your information in this way.

**How We Share Information Outside the Household Family (Other than Your Merchant/Dealer)**

Except for California and Vermont residents, we also may share information with companies outside our corporate family (i.e., non-Affiliates) that are able to extend special offers we feel might be of value to you. These companies may be financial services providers (such as mortgage bankers or insurance product providers) or they may be non-financial companies (such as retailers or marketing companies). These offers are typically for products and services that you might not otherwise hear about. The information we may provide them comes from the sources described above and might include your name, address and phone number. For California and Vermont residents, applicable law requires us to obtain your permission in order to share your information in this way, and we have chosen not to share your information in this way.

We may also provide information to non-Affiliates that perform operational services related to your account or marketing services for us. Sharing information with these types of companies is permitted by law. Such a company might include a financial company (such as a mortgage banker or insurance service provider) with whom we have a joint marketing agreement or a non-financial company (such as a data processor or Internet service provider) with whom we have a service agreement. The information we may share also comes from the sources described above and might include your name, address, phone number and account experience with us.

Finally, we provide information about you to non-Affiliates such as credit reporting agencies and companies which provide services related to your account. This information sharing is also permitted by law.

**Privacy and Security on the Internet**

Our website offers you the opportunity to view your current account information and make payments online, in addition to providing general information about our company and products. You may view our Privacy Statement when you visit our website by clicking on the "Privacy Statement" link.

We reserve the right to change our privacy practices at any time in accordance with applicable law. Notice of such changes will be provided if required by applicable law.

**How to Request That Your Information Not Be Shared**

**Information Sharing With Our Affiliates***

If you do not want us to share your credit information (such as your credit bureau information) with our Affiliates, please let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request. Your request will not apply to information about your transactions or experience with us (such as account information, account usage, or payment history) and will only apply to the private label accounts you have with Household Bank (SB), N.A. Private label accounts are not general purpose accounts such as MasterCard® or Visa®, but are accounts that may be used only at the specific merchant or merchants named on the credit card or account. An opt-out request by any party on a joint account will apply to all parties on the joint account. Vermont residents are automatically opted out from credit information sharing with our affiliates.

**Information Sharing with Merchant/Dealer**

If you do not want us to share your non-public personal information with the merchant/dealer (unless we are permitted or required by law to do so), you will also need to let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request. Please understand that your request may exclude you from receiving valuable offers in the future. Your request will only apply to the private label accounts you have with Household Bank (SB), N.A. An opt-out request by any party on a joint account will apply to all parties on the joint account. Opt-out requests will not apply to information sharing that is permitted by law. Vermont residents are automatically opted out from information sharing with the merchant/dealer that is not otherwise permitted or required by law.

**Information Sharing with Non-Affiliates (Other than Your Merchant/Dealer)**

If you do not want us to share your non-public personal information with non-Affiliates (unless we are permitted or required by law to do so), you will also need to let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request. Please understand that your request may exclude you from receiving valuable offers in the future. Your request will only apply to the private label accounts you have with Household Bank (SB), N.A. An opt-out request by any party on a joint account will apply to all parties on the joint account. Opt-out requests will not apply to information sharing that is permitted by law. California and Vermont residents are automatically opted out from information sharing with non-affiliates.

**How to Be Removed from Solicitation Lists of Companies Participating in the Direct Marketing Association (DMA) Preference Service**

If you wish to be removed from mailing solicitation lists at a national level, please send your name and address (with zip code) to the Direct Marketing Association at the following address: Mail Preference Service (DMA), P. O. Box 9008, Farmingdale, NY 11735-9008.

*"Affiliates" are companies that are related to us by common ownership or corporate control. Our Affiliates include Household Finance Corporation®, Beneficial®, Household Automotive Finance Corporation, Household Insurance Services, and HSBC companies such as HSBC Bank USA, and HSBC Mortgage Corporation.

---

## HOUSEHOLD INSURANCE GROUP
## THE ASSURANT GROUP
## SOUTHERN COUNTY MUTUAL INSURANCE COMPANY
### Privacy Statement for Customers with Credit Insurance

This paragraph applies only to customers who have selected credit insurance provided by Household Insurance Group ("HIG"), the Assurant Group ("Assurant"), or Southern County Mutual Insurance Company ("Southern County").** Like Household, HIG, Assurant, and Southern County respect and protect your privacy. To administer the credit insurance you requested, HIG, Assurant, and Southern County collect demographic information (like your name and address) and account information (like information related to your account(s) with Household). This information comes either directly from you, for instance, from your application; or it may come from Household, such as information about your account. HIG, Assurant, and Southern County take great care to protect the privacy of this information. For example, the only employees or companies who can access such information are those who need it to provide services in connection with your credit insurance. Moreover, in compliance with federal standards, HIG, Assurant, and Southern County maintain physical, electronic and procedural safeguards to protect against unauthorized use or disclosure of that information. HIG, Assurant and Southern County do not disclose information about you to their respective affiliates or to third parties, except as permitted by law.

Exhibit B-11

| | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | Based upon our credit review, a fixed Introductory APR of **0%** or **3.9%** may apply for the first six billing cycles of your Account.[1]<br><br>After that, or if you do not qualify for an Introductory APR, a variable Customary APR between **11.99%** and **22.99%**, inclusive, (as of 6/1/04) will apply and will never be less than between 11.99% and 22.99%,[2] inclusive. |
| **Annual Percentage Rate (APR) for Balance Transfers** | Based upon our credit review, a fixed Introductory APR of **0%** or **3.9%** may apply for the first six billing cycles of your Account.[3]<br><br>After that, or if you do not qualify for an Introductory APR, a variable Customary APR between **11.99%** and **22.99%**, inclusive, (as of 6/1/04) will apply and will never be less than between 11.99% and 22.99%, inclusive. |
| **Other APRs** | Variable Customary Cash APR: 22.24% (as of 6/1/04).[4]<br>Minimum Cash APR: 22.24% (as of 6/1/04).<br>Variable Default APR: 24.24% (as of 6/1/04).[5] |
| **Variable Rate Information** | Your APR may vary. The rate is determined monthly by adding the Index (see description below) and:<br>• Between 7.74% and 18.74%, inclusive, ("Spread") for the Customary APR for purchases and balance transfers.<br>• 16.99% ("Spread") for the Customary Cash APR, including cash advances made by credit card check.<br>• 19.99% ("Spread") for the Default APR.<br>For each billing cycle, the Index is determined in the month prior to the month in which the billing cycle ends. In that prior month, the highest Prime Rate published in *The Wall Street Journal* is selected (the "Index"). If the Index has changed, the new variable rates will take effect with the billing cycle that ends on or after the first day of the month following the Index change. |
| **Grace Period for Purchases** | At least 20 days after the close of the previous billing cycle on new credit card purchases provided you paid your previous balance in full. |
| **Method for Computing the Balances for Purchases** | Average Daily Balance (including new purchases) Method. |
| **Annual Membership Fee** | Platinum MasterCard: None.<br>Gold and Standard MasterCard: None to $99 based upon our credit review. You will be notified of the Annual Fee amount at the time you receive your card. |
| **Minimum Finance Charge** | $2.00 |

**Cash Advance Fee:** 3% of the advance by a bank or through the ATM or over the counter ($10 minimum); 5% for all other advances ($20 minimum) except balance transfers.
**Cash Advance Fee for Balance Transfers:** 2.5% for advances by promotional Balance Transfer Check ($5 minimum), provided the checks post to your Account on or prior to the expiration date printed on the check. Balance Transfer Checks may be limited.
**Overlimit Fee:** $29. Accessing all or most of your available credit line may result in an Overlimit fee.
**Late Fee:** $29 on accounts with an Annual Membership Fee; $35 on accounts with no Annual Membership Fee.

[1] If you qualify, we will notify you of your introductory APR for purchases at the time you receive your card. After the introductory period, or if you do not qualify for the introductory APR, the variable Customary APR for purchases will apply. If at any time your Minimum Payment is received after the Payment Due Date, you exceed your credit limit on this or any other account issued by Household Bank or its affiliates, or you are otherwise in default under the terms of your Cardmember Agreement, your entire Account balance will change to the variable Default APR.

[2] The variable Customary APR will be based on your creditworthiness and will apply to purchases and balance transfers.

[3] If you qualify, we will notify you of your Introductory APR for Balance Transfers at the time you receive your card. After the introductory period, or if you do not qualify for the introductory APR for Balance Transfers, the variable Customary APR for purchases will apply to these transferred balances. For any Balance Transfer Check that posts to your Account after the expiration date on the check, the variable Customary Cash APR will apply. If at any time your Minimum Payment is received after the Payment Due Date, you exceed your credit limit on this or any other account issued by Household Bank or its affiliates, or you are otherwise in default under the terms of your Cardmember Agreement, your entire Account balance will change to the variable Default APR.

[4] The variable Customary Cash APR will apply to cash advances (other than balance transfers), including cash advances made by other credit card checks, and will never be less than 22.24%. The Customary Cash APR will apply to Balance Transfer Checks posted to your Account after the expiration date on the check. Cash Advances may be limited.

[5] If at any time your Minimum Payment is received after the Payment Due Date, you exceed your credit limit on this or any other account issued by Household Bank or its affiliates, or you are otherwise in default under the terms of your Cardmember Agreement, the variable Default APR will apply to your entire Account balance, and will never be less than 24.24%. At our discretion, we may increase the Introductory APR to the Customary APR before increasing it to the Default APR.

**California Residents:** We may provide credit information about your Account to our affiliates from time to time. This information may be used to qualify you for other credit offers. Married persons may apply for a separate account. **New York Residents:** Consumer reports may be requested in connection with the processing of this application and any resulting Account. Upon your request, we will inform you of the names and addresses of any consumer reporting agencies that have provided us with such reports. **Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law. **Married Wisconsin Residents:** No agreement, court order, or individual statement applying to marital property will adversely affect a creditor's interests unless prior to the time credit is granted the creditor is furnished with a copy of the agreement, court order, or statement, or has actual knowledge of the adverse provision.

**Information Sharing Disclosure: You agree that we may share information we receive about your creditworthiness ("Credit Information") and/or information relating to our transactions and experiences with you ("Experience Information") with persons related to us by common ownership or affiliated with us by corporate control ("Affiliates"). Our Affiliates may use this information to determine if you qualify for additional offers of credit. You may prohibit the sharing of Credit Information with our Affiliates by writing to us at P.O. Box 81622, Salinas, California 93912-1622 and including the name, address, social security number, signature, and account number (if applicable) for each person making the decision. Your request will not apply to the sharing of Experience Information.**

The application for the Household Bank MasterCard will be evaluated solely based on the applicant. We do not evaluate any information provided based on the **Best Buy** credit card joint applicant. An additional card for the **Best Buy** joint applicant to use as an authorized user of the Household Bank MasterCard account may be requested at no extra cost by completing the appropriate section on the application form.

The information about the costs and benefits of the MasterCard described above is accurate as of June 1, 2004. This information may have changed after that date. To find out what might have changed, you should contact us by writing Household Bank, P.O. Box 81622, Salinas, CA 93912-1622.

This offer is available only to applicants who reside in the United States. Offer void for existing Household Bank Cardmembers.

Household Bank MasterCard, Gold MasterCard and Platinum MasterCard credit cards offered in this application are issued by Household Bank (SB), N.A. in Las Vegas, Nevada and are serviced by its affiliates, Household Credit Services, Inc. and Household Credit Services (II), Inc. Household Bank is a registered mark of Household International, Inc.

MasterCard is a registered mark of MasterCard International, Incorporated.

**Please allow 14-21 days for your Household Bank Mastercard application to be processed.**

Exhibit B-12

California and Vermont Residents, applicable law requires us to obtain your permission in order to share your information in this way, and we have chosen not to share your information in this way.

We may also provide information to non-Affiliates that perform operational services related to your account or marketing services for us. Sharing information with these types of companies is permitted by law. Such a company might include a financial company (such as a mortgage banker or insurance service provider) with whom we have a joint marketing agreement or a non-financial company (such as a data processor or Internet service provider) with whom we have a service agreement. The information we may share also comes from the sources described above and might include your name, address, phone number and account experience with us.

Finally, we provide information about you to non-Affiliates such as credit reporting agencies and companies which provide services related to your account. This information sharing is also permitted by law.

**Privacy and Security on the Internet**

Our website offers you the opportunity to view your current account information and make payments online, in addition to providing general information about our company and products. You may view our Privacy Statement when you visit our website by clicking on the "Privacy Statement" link.

We reserve the right to change our privacy practices at any time in accordance with applicable law. Notice of such changes will be provided if required by applicable law.

**How to Request That Your Information Not Be Shared**

**Information Sharing With Our Affiliates***

If you do not want us to share your credit information (such as your credit bureau information) with our Affiliates, please let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request. Your request will not apply to information about your transactions or experience with us (such as account information, account usage, or payment history) and will only apply to the private label accounts you have with Household Bank (SB), N.A. Private label accounts are not general purpose accounts such as MasterCard® or Visa®, but are accounts that may be used only at the specific merchant or merchants named on the credit card or account. An opt-out request by any party on a joint account will apply to all parties on the joint account. Vermont residents are automatically opted out from credit information sharing with our affiliates.

**Information Sharing with Merchant/Dealer**

If you do not want us to share your non-public personal information with the merchant/dealer (unless we are permitted or required by law to do so), you will also need to let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request. Please understand that your request may exclude you from receiving valuable offers in the future. Your request will only apply to the private label accounts you have with Household Bank (SB), N.A. An opt-out request by any party on a joint account will apply to all parties on the joint account. Opt-out requests will not apply to information sharing that is permitted by law. Vermont residents are automatically opted out from information sharing with the merchant/dealer that is not otherwise permitted or required by law.

**Information Sharing with Non-Affiliates (Other than Your Merchant/Dealer)**

If you do not want us to share your non-public personal information with non-Affiliates (unless we are permitted or required by law to do so), you will also need to let us know by simply calling us at 1-800-365-3804. We will be happy to comply with your request. Please understand that your request may exclude you from receiving valuable offers in the future. Your request will only apply to the private label accounts you have with Household Bank (SB), N.A. An opt-out request by any party on a joint account will apply to all parties on the joint account. Opt-out requests will not apply to information sharing that is permitted by law. California and Vermont residents are automatically opted out from information sharing with non-affiliates.

**How to Be Removed from Solicitation Lists of Companies Participating in the Direct Marketing Association (DMA) Preference Service**

If you wish to be removed from mailing solicitation lists at a national level, please send your name and address (with zip code) to the Direct Marketing Association at the following address: Mail Preference Service (DMA), P. O. Box 9008, Farmingdale, NY 11735-9008.

*"Affiliates" are companies that are related to us by common ownership or corporate control. Our Affiliates include Household Finance Corporation®, Beneficial®, Household Automotive Finance Corporation, Household Insurance Services, and HSBC companies such as HSBC Bank USA, and HSBC Mortgage Corporation.

---

## HOUSEHOLD INSURANCE GROUP
## THE ASSURANT GROUP
## SOUTHERN COUNTY MUTUAL INSURANCE COMPANY
### Privacy Statement for Customers with Credit Insurance

This paragraph applies only to customers who have selected credit insurance provided by Household Insurance Group ("HIG"), the Assurant Group ("Assurant"), or Southern County Mutual Insurance Company ("Southern County").** Like Household, HIG, Assurant, and Southern County respect and protect your privacy. To administer the credit insurance you requested, HIG, Assurant, and Southern County collect demographic information (like your name and address) and account information (like information related to your account(s) with Household). This information comes either directly from you, for instance, from your application; or it may come from Household, such as information about your account. HIG, Assurant, and Southern County take great care to protect the privacy of this information. For example, the only employees or companies who can access such information are those who need it to provide services in connection with your credit insurance. Moreover, in compliance with federal standards, HIG, Assurant, and Southern County maintain physical, electronic and procedural safeguards to protect against unauthorized use or disclosure of that information. HIG, Assurant and Southern County do not disclose information about you to their respective affiliates or to third parties, except as permitted by law.

Household Insurance Company includes Household Life Insurance Company, Wesco Insurance Company, Service General Insurance Company, First Central National Life Insurance Company of New York. Household Life Insurance of Delaware and such other companies Household Insurance Group may subsequently acquire. The Assurant Group includes American Reliable Insurance Company, American Bankers Insurance Company of Florida, American Bankers Life Assurance Company of Florida, Financial Insurance Exchange, Bankers American Life Assurance Company and Union Security Life Insurance Company.

### Truth In Lending Disclosure Chart For Best Buy Credit Card

| | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | As of 6/1/04 the Standard Rate is **19.8%**, which may vary. |
| **Other APRs** | Default Rate: **23.8%** as of 6/1/04, which may vary.† |
| **Variable-rate Information** | Your APR may vary. The Standard Rate for purchases is determined monthly by adding 14.4% to the Prime Rate. The Default Rate is determined monthly by adding 18.4% to the Prime Rate.†† |
| **Grace Period for Repayment of Balance for Purchases** | No finance charges are assessed on new purchases if the balance is paid in full each month within 25 days after the billing date. |
| **Method of Computing the Balance for Purchases** | Two Cycle Average Daily Balance (Including new purchases) |
| **Annual Fees** | NONE |
| **Minimum Finance Charge** | $2.00 |
| **Transaction Fee for Purchases** | NONE |

Late payment fee: $10 for combined account balance of $100 or less; $29 for combined account balance from $100.01 to $1,000; $35 for combined account balance of $1,000.01 or more.

Overlimit fee: $25

---

† If you fail to make two consecutive Total Minimum Payments Due and are 30 days past due, you will no longer be eligible for the Standard Rate and all existing Promotional Credit Plans will terminate, and your entire Account balance will be subject to the Default Rate.

†† Your APR may vary and is based on the highest of the U.S. Prime Rate(s) published in The Wall Street Journal "Money Rates Section" on the first or last day of the month that The Wall Street Journal is published, plus a "Spread" of 14.4 percentage points for the Standard Rate and a "Spread" of 18.4 percentage points for the Default Rate. Any changes in the Prime Rate will take effect on the first day of your billing cycle beginning in the next month. The Standard Rate will never be less than 19.8%. The Default Rate will never be less than 23.8%.

**NOTICE FOR MARRIED WISCONSIN RESIDENTS:** No provision of a marital property agreement (including a Statutory Terminable Marital Property Classification Agreement under Sec. 766.588 Wis. Stats., or a Statutory Terminable Individual Property Classification Agreement under 766.70) adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred.

**NOTICE FOR CALIFORNIA RESIDENTS:** California law requires we inform customers that should they fail to fulfill the terms of their credit obligation, a negative report reflecting on their credit record may be submitted to a credit reporting agency. If you are married, you may apply for credit in your own name.

**NOTICE FOR FLORIDA RESIDENTS: You (borrower) agree that, should we obtain a judgment against you, a portion of your disposable earnings may be attached or garnished (paid to us by your employer), as provided by Florida and Federal law.**

**NOTICE FOR MAINE RESIDENTS:** We may request a consumer report in connection with your application for credit. You may ask whether a consumer report was obtained by us and we will tell you the name and address of the consumer reporting agency, if a report was obtained.

---

**Exhibit B-13**

**NOTICE FOR NEW YORK RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report. New York residents may contact the New York state banking department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department: 1-800-522-3330.

**NOTICE FOR OHIO RESIDENTS:** The Ohio Laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**NOTICE FOR VERMONT RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report.

## IMPORTANT TERMS OF BEST BUY CREDIT CARD

**1. GENERAL:** Each person signing and submitting, or electronically or telephonically submitting the application for a credit card account ("Account") as applicant or joint applicant applies for an Account with Household Bank (SB), N. A., a national banking association, and requests one or more credit card(s) bearing the name or tradename of Best Buy to be used in connection with the Account. The word "Card" means any credit card(s) issued to you or an authorized user of your Account. In this Agreement, the words "you" and "your" refer to the applicant and joint applicant named on the credit card application and the words "we", "us" and "our" refer to Household Bank (SB), N. A., located at 1111 Town Center Drive, Las Vegas, Nevada 89144.

If we accept your application to open an Account, you agree that you will only purchase goods and services for personal, family and household purposes from merchants who honor the Card.

**2. FINANCE CHARGES:** (a) Finance Charges, which are part of the interest on your Account, are calculated separately for each Promotional Credit Plan and each Regular Credit Plan (each a "Credit Plan"). Promotional Credit Plans with different promotional due dates or terms are treated as different Credit Plans for this purpose. The total Finance Charge for the billing cycle is the sum of the Finance Charges for each Credit Plan, subject to the minimum Finance Charge under Section 3.

(b) Finance Charges are imposed on purchases from the transaction date until paid in full, except that no Finance Charge is imposed in a billing cycle ("Current Cycle") on:

(i) a new purchase on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the Current Cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Current Cycle;

(ii) any balance on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the Current Cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Current Cycle and the combined New Balance of those Credit Plans at the beginning of the previous billing cycle ("Previous Cycle") is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Previous Cycle;

(iii) a purchase on a Waiver Finance Charge Credit Plan for the specified promotional period;

(iv) a purchase on a Same As Cash Credit Plan if the full cash sales price is paid in full before the promotional due date.

(c) If a Finance Charge is imposed on a Credit Plan other than a Same As Cash Credit Plan, the amount will be the sum of the following daily Finance Charge calculations for that billing cycle ("Previous Cycle"): (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the Current Cycle; and (ii) the applicable Daily Periodic Rate for the Previous Cycle times the Daily Balances of any new purchases on the Credit Plan during the Previous Cycle on which Finance Charge were not imposed during the Previous Cycle.

(d) If a Finance Charge is imposed on a Same As Cash Credit Plan, the amount will be the sum of the following daily Finance Charge calculations for the Credit Plan during the Current Cycle and each of the prior billing cycles (each a "Prior Cycle") from the transaction date of the purchase until the Current Cycle: (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the Current Cycle; and (ii) the applicable Daily Periodic Rate for each Prior Cycle times the Daily Balances of the Credit Plan for each day during each Prior Cycle.

(e) The "Daily Balance" of a Credit Plan is determined by taking the opening balance of the Credit Plan for that day, adding any new purchases made on the Credit Plan that day and subtracting any payments or credits applied to the Credit Plan that day. For purposes of determining the Daily Balance of the Previous Cycle, the only purchases considered are new purchases on which Finance Charges were not imposed in the Previous Cycle. The previous day's Finance Charges and credit insurance premiums or debt cancellation fees (if applicable) are included in the Daily Balance of a Credit Plan, except that for any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period. Late fees, overlimit fees, returned check fees and other fees on the Account are added to the Daily Balance of a Credit Plan when imposed. If a purchase on a Credit Plan posts after the beginning of a billing cycle, but the transaction occurred prior to the beginning of the billing cycle, the amount of the transaction plus related Finance Charges outstanding on each day from the transaction date until the first day of the billing cycle in which the transaction posts will be added to the Daily Balance of the Credit Plan for the first day of the billing cycle in which the transaction posts.

(f) The Daily Periodic Rate which is used to determine your Finance Charges and the corresponding Annual Percentage Rate, will be variable rates which may change monthly. The Daily Periodic Rate will be one-hundred sixty fifth of the sum of the highest of the Prime Rate(s) published in The Wall Street Journal "Money Rates Section" on the first or last day of the month that The Wall Street Journal is published, plus a "Spread" of **14.4** percentage points for the Standard Rate and a "Spread" of **18.4** percentage points for the Default Rate. Any changes in the Prime Rate will take effect on the first day of your billing cycle beginning in the next month.

The minimum rate of **Finance Charge** for the Standard Rate is a Daily Periodic Rate of **.05425%** (corresponding **19.8% Annual Percentage Rate**). The minimum rate of **Finance Charge** for the Default Rate is a Daily Periodic Rate of **.06521%** (corresponding **23.8% Annual Percentage Rate**). For example, as of the billing cycle beginning June 1, 2004, the Finance Charge for the Standard Rate would have been a Daily Periodic Rate of **.05425%** (corresponding **19.8% Annual Percentage Rate**) and the Finance Charge for the Default Rate would have been a Daily Periodic Rate of **.06521%** (corresponding **23.8% Annual Percentage Rate**). An increase in the Prime Rate will increase your applicable Daily Periodic Rate which may increase the Finance Charge and the Minimum Monthly Payment due on your Account. You will qualify for the Standard Rate until you have failed to make two consecutive Total Minimum Payments Due and are 30 days past due.

**3. MINIMUM FINANCE CHARGE:** A minimum **Finance Charge** of $2.00 will be assessed for each billing cycle in which a Finance Charge is payable.

**4. FEES:** We may impose on your Account the following fees, which will be added to your Account when assessed:

a) **Late Payment Fee:** Your Late Payment Fee will be based on your combined account balance (less any Delayed Monthly Payment credit plan balances) at the time of your payment due date. If you fail to pay us the Total Minimum Payment Due in full by the Payment Due Date on your billing statement, you agree to pay a Late Payment Fee of $10 for combined account balance of $100 and below; $29 for combined account balance of $100.01 to $1,000; and $35 for combined account balance of $1,000.01 and over.

b) **Returned Check Fee:** You agree to pay $25 each time any payment check on your Account is returned unpaid by your bank or other financial institution for any reason.

c) **Document and Research Fees:** If you ask us to provide you with a replica of your sales slip, billing statement or other document (except in connection with a billing error claimed in accordance with "Your Billing Rights"), we may charge you the following fees: (i) Billing statement: $5 per document; (ii) Sales/credit slip: $5 per document; (iii) Payment instrument: $5 per document; (iv) Research fee: $15 per hour (including payment histories). We reserve the right to change the Document and Research Fee Schedule from time to time. You may call Customer Service for a current fee schedule.

d) **Reissued Card Fee:** You may be charged $5 each time you request that your credit card be reissued.

e) **Direct Check Fee:** In the event that you pay your account with a direct check, you agree to pay up to a $15 fee for each direct check. We reserve the right to change the Direct Check Fee from time to time. You may call Customer Service for a current fee schedule.

f) **Overlimit Fee:** In the event you incur exceed your credit limit, you will be charged an Overlimit Fee of $25.

g) **Collection Costs:** If, after you default, we refer your Account to an attorney and/or collection agency for collection, we may charge you our collection costs, including court costs and reasonable attorneys' fees, when and as permitted by applicable law.

**5. SECURITY:** Except as indicated below, you grant us a purchase money security interest in the goods purchased with your Card. For purposes of determining which items are subject to a security interest, payments received will be deemed to be applied first to any unpaid insurance premiums or debt cancellation fees (if applicable), Finance Charges, and fees and then to pay for purchases on the Account in the order in which they were made. When sufficient payments are made to repay the portion of the Account balance attributable to the purchase of a particular good, we will release our purchase money security interest in that good. Goods covered by a security interest may be taken from you if you do not pay on time. We may require you to make them available at a convenient place of our choice. We waive any security interest in your home if the goods are installed and in any goods purchased with credit card checks. We take no security interest in goods where the original purchase price is less than $200 if you live in New York and in goods where the original purchase price is less than $700 if you live in Maryland. If we repossess any goods purchased with your Card, we may charge you our repossession costs including, but not limited to, necessary repairs, storage fees and costs of sale, when and as permitted by law.

**6. ARBITRATION:** Any claim, dispute, or controversy (whether based upon contract; tort; intentional or otherwise; constitution; statute; common law; or equity and whether pre-existing, present or future), including initial claims, counter-claims, cross-claims and third party claims, arising from or relating to this Agreement or the relationships which result from this Agreement, including the validity or enforceability of this arbitration clause, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rules or procedures of the arbitration administrator selected at the time the Claim is filed. The party initiating the arbitration proceeding shall have the right to select one of the following arbitration administrators: the National Arbitration Forum ("NAF") or JAMS. The arbitrator shall be a lawyer with more than ten years experience or a retired or former judge. We agree not to invoke our right to arbitrate an individual Claim you may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. The rules and forms of the NAF and JAMS may be obtained by writing to these organizations at the addresses listed below. Our address for service of process under this provision is HRS USA, P.O. Box 279, Mount Prospect, IL 60056.

Any participatory arbitration hearing that you attend will take place in the city nearest to your residence where a federal district court is located or at such other location as agreed by the parties. On any Claim you file, you will pay the first $50 of the filing fee. At your request we will pay the remainder of the filing fee and any administrative or hearing fees charged by the arbitration administrator on any Claim submitted by you in arbitration up to a maximum of $1,500. If you are required to pay additional fees to the arbitration administrator, we will consider a request by you to pay all or part of the additional fees; however, we shall not be obligated to pay any additional fees unless the arbitrator grants you an award. If the arbitrator grants an award in your favor, we will reimburse you for any additional fees paid or owed by you to the arbitration administrator up to the amount of the fees that would have been charged if the original Claim had been for the amount of the actual award in your favor. The parties shall bear the expense of their respective attorney's fees, except as otherwise provided by law. If a statute gives you the right to recover any of these fees, or the fees paid to the arbitration administrator, these statutory rights shall apply in the arbitration notwithstanding anything to the contrary contained herein. If the arbitrator issues an award in our favor you will not be required

*Exhibit B-14*

...burse us for any fees we have previously paid to the arbitration administrator or which we are responsible.

...bitration agreement is made pursuant to a transaction involving interstate commerce, ...all be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA"). ...bitrator shall apply applicable substantive law consistent with the FAA and, if requested ...ther party, provide written reasoned findings of fact and conclusions of law. The ...trator's award shall not be subject to appeal except as permitted by the FAA. The parties ...re that the award shall be kept confidential. Judgment upon the award may be entered ...ny court having jurisdiction.

...s arbitration agreement shall survive termination of your Account as well as the ...yment of all amounts borrowed hereunder. If any portion of this arbitration agreement ...eemed invalid or unenforceable under any law or statute consistent with the FAA, it ...not invalidate the remaining portions of this arbitration agreement or the Agreement. ...he event of a conflict or inconsistency between the rules and procedures of the ...tration administrator and this arbitration agreement, this arbitration agreement shall ...ern. No class actions or joinder or consolidation of any Claim with the claim of any ...er person are permitted in arbitration without the written consent of you and us.

**E PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIMS ROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT HT IF EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY OWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH AIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF BITRATION BY EITHER PARTY.**

...may contact, obtain the arbitration rules of, or file a Claim with NAF or JAMS as follows:

| National Arbitration Forum | JAMS |
|---|---|
| P.O. Box 50191 | 45 Broadway |
| Minneapolis, MN 55405 | New York, NY 10005 |
| www.arb-forum.org | www.jamsadr.com |
| Code of Procedure | Financial Services |
| | Arbitration Rules and |
| | Procedures. |

**MONITORING PRACTICES:** You agree that our supervisory personnel may listen to ...record telephone calls between you and our representatives in order to evaluate the ...ity of our service to you and other cardmembers.

...e information about the costs of the Card described in this application and ...portant Terms of Best Buy Credit Card is accurate as of June, 2004. This ...formation may have changed after that date. To find out what may have ...anged write to us at 1111 Town Center Drive, Las Vegas, Nevada 89144.

**)UR BILLING RIGHTS—KEEP THIS NOTICE FOR FUTURE USE**

...is notice contains important information about your rights and our responsibilities ...der the Fair Credit Billing Act.

...otify Us In Case of Errors or Questions About Your Bill: If you think your bill is ...ong, or if you need more information about a transaction on your bill, write us on a ...parate sheet at the address listed on your bill. Write to us as soon as possible. We must ...r from you no later than 60 days after we sent you the first bill on which the error or ...oblem appeared. You can telephone us, but doing so will not preserve your rights.

...your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
  - If you need more information, describe the item you are not sure about.

**...ur Rights and Our Responsibilities After We Receive Your Written Notice:** We ...st acknowledge your letter within 30 days, unless we have corrected the error by then. ...thin 90 days, we must either correct the error or explain why we believe the bill was correct.

...ter we receive your letter, we cannot try to collect any amount you question, or report ...u as delinquent. We can continue to bill you for the amount you question, including ...ance charges, and we can apply any unpaid amount against your credit limit. You do ...t have to pay any questioned amount while we are investigating, but you are still ...igated to pay the parts of your bill that are not in question. If we find that we made a ...stake on your bill, you will not have to pay any finance charges related to any ...estioned amount. If we didn't make a mistake, you may have to pay finance charges, ...d you will have to make up any missed payments on the questioned amount. In either ...se, we will send you a statement of the amount you owe and the date that it is due.

...you fail to pay the amount that we think you owe, we may report you as delinquent. ...wever, if our explanation does not satisfy you and you write to us within ten days telling ...that you still refuse to pay, we must tell anyone we report you to that you have a question ...out your bill. And, we must tell you the name of anyone we reported you to. We must tell ...yone we report you to that the matter has been settled between us when it finally is. ...we don't follow these rules, we can't collect the first $50 of the questioned amount, ...en if your bill was correct.

**...pecial Rule for Credit Card Purchases:** If you have a problem with the quality of ...perty or services that you purchased with a credit card, and you have tried in good ...ith to correct the problem with the merchant, you may have the right not to pay the ...maining amount due on the property or services. There are two limitations on this right. ...) You must have made the purchase in your home state or, if not within your home state ...thin 100 miles of your current mailing address; and (b) The purchase price must have ...en more than $50. These limitations do not apply if we own or operate the merchant, or ...we mailed you the advertisement for the property or services.

Exhibit B-15

## ACCOUNT SHIELD℠
### Summary

**IMPORTANT INFORMATION:** The Account Shield feature only applies to the primary cardholder (herein referred to as "You" and "Your"). **Your purchase of Account Shield is optional, and whether or not You enroll will not affect Your application for credit or the terms of any existing agreement You have with Household Bank (SB), N.A.** (herein referred to as **"We"** or **"Us"**). Account Shield is sold by Us and the fees will be billed to Your credit card account. Upon acceptance of Your enrollment, You will receive Your Contract Provisions which will state the terms and conditions of Account Shield. Account Shield is a debt cancellation product and is not insurance. The Contract Provisions of Account Shield are an optional addendum to Your Cardholder Agreement. This document is only a summary of the Account Shield feature. Please read Your Contract Provisions carefully for details of Your protection. There are eligibility requirements, conditions, and exclusions that could result in no benefits. You can find a complete explanation of the eligibility requirements, conditions, and exclusions in sections 2 through 6 of Your Account Shield Contract Provisions.

Account Shield is unavailable in Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada.

**PROPERTY DAMAGE OR LOSS:** If there is damage or loss to merchandise purchased on Your credit card account, Account Shield will cancel from Your account an amount equal to the cost of repairing or replacing the merchandise up to the balance existing as of the date of the qualifying event, not to exceed $10,000.

**TOTAL DISABILITY:** Following 30 consecutive days of Total Disability, You are eligible for a cancellation of part of Your account's balance. Account Shield will cancel an amount equal to 10% of Your account's balance on the date You became totally disabled, up to $1,000 for each month that You remain totally disabled, not to exceed $10,000. You must have been employed full-time (but not self-employed or working for a spouse or any other individual living with You on whom You are financially dependent for support and maintenance) and working 30 hours or more per week at a single job on the date Total Disability began. If Total Disability occurs within 180 days of the date You either (1) elect Account Shield or (2) make a purchase or advance on Your account and Your Total Disability results from a preexisting medical condition as defined in the Contract Provisions, You may not receive a cancellation of debt for that Total Disability.

**INVOLUNTARY UNEMPLOYMENT:** Following 30 consecutive days of Involuntary Unemployment, You are eligible for a cancellation of part of Your account's balance. Account Shield will cancel an amount equal to 10% of Your account's balance on the date You became involuntarily unemployed, up to $1,000 for each month that You remain involuntarily unemployed. There is a maximum number of 6 consecutive monthly cancellations of 10% or $1,000, whichever is less, of Your account's monthly balance on the date of the event prompting cancellation. You must have been employed full-time (but not self-employed or working for a spouse or any other individual living with You on whom You are financially dependent for support and maintenance) and working 30 hours or more per week at a single job on the date of Involuntary Unemployment (this includes loss of employment due to unionized labor disputes, strikes, lock-outs and temporary lay-offs).

**LOSS OF LIFE:** If You die, Account Shield will cancel the balance on Your account on the date of death, up to $10,000; however, Your eligible account balance will not be cancelled if You commit suicide.

**TERMINATION:** You may terminate Your Account Shield feature at any time. If You choose to terminate Your Account Shield feature within 60 days of enrollment, We will reimburse Your Account Shield fee. You may terminate Your Account Shield feature, for any reason, by giving You written notice at least 30 days in advance of termination. We will automatically terminate Your Account Shield feature on the earliest of (a) the first date Your account becomes 2 billing cycles past due; or (b) the first date We become aware of a misrepresentation of information by You.

**COST:** The monthly charge rate for the Account Shield feature is $0.90 per $100 of Your average daily balance each month (including any deferred balance). We reserve the right to increase the rate in which case You will be notified in writing at least 30 days in advance of the increase.

**ADDITIONAL IMPORTANT INFORMATION:**
- We reserve the right to modify these Contract Provisions, if the modification is not favorable to You or if there is an additional charge, We will first provide You with notice of the proposed change and an opportunity to terminate this program without penalty before the change takes effect.
- Account Shield is only offered as a package and its components are not available separately.
- You may be subject to federal, state and local taxes on the amount of Your cancelled balance. Please consult Your tax advisor for guidance on the tax implications, if any, of Account Shield.
- **During the qualification period and the time it takes to process Your cancellation, Your account balance is not suspended or cancelled. You remain responsible for finance charges and minimum payment requirements on Your account until the balance is paid off or a cancellation takes place. Once Your cancellation is processed (except for cancellation due to Property Damage or Loss), Your account will not accept any authorizations for purchases, cash advances, or any other transactions. Your account will remain inactive until Your benefit period ends.**
- There is no limit on the overall number of Account Shield cancellations You may have. However, there is a limit on consecutive monthly cancellations for Involuntary Unemployment as described above. To be eligible for subsequent Account Shield cancellations, You must first be actively working continuously full-time for at least 180 days prior to each qualifying event.

DC 14-11                        Ed 02-24/00
PP2H/00H4

6022-BEST BUY-19 (6-04)

---

### 1. Property

If merchandise being paid for on your Best Buy account is damaged or destroyed by fire, flood, burglary by forcible entry, or other qualifying perils listed in the Account Shield Summary, the program cancels the cost of repairing or replacing it – up to your outstanding balance on the date of the qualifying event (not to exceed $10,000 per event).

### 2. Involuntary Unemployment

If you, the primary cardholder, lose your job involuntarily and are unemployed due to a qualifying event for at least 30 consecutive days, Account Shield cancels 10% of your account balance, calculated as of the date of the event, each month that you remain involuntarily unemployed. The maximum monthly cancellation amount is $1,000 per month that you are involuntarily unemployed, up to a maximum period of six months.

### 3. Total Disability

If you, the primary cardholder, can no longer work due to a qualifying illness or injury and are under a doctor's care for at least 30 consecutive days, Account Shield cancels 10% of your account balance, calculated as of the date of the event, each month until you return to work. The maximum monthly cancellation amount is $1,000 (not to exceed a total of $10,000 per event).

### 4. Life

Account Shield cancels your balance, up to $10,000, in the event that you, the primary cardholder should die. No cancellation will occur if loss of life was due to suicide.

### 60-Day Refund Period

Sign up for Account Shield today and we will send you Terms and Conditions explaining the program in detail. If you're not convinced that Account Shield offers the protection that you and your family need, simply notify Retail Services or BFC Insurance Agency of Nevada within the first 60 days, and they will cancel the program and refund any fee that appears during the cycle of the refund period.

Note: Account Shield is unavailable in Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada.

Please see the Account Shield Summary for further details.

REV031104

---

## IMPORTANT TERMS OF THE HOUSEHOLD BANK
## PLATINUM, GOLD AND STANDARD MASTERCARDS

You understand that you must be at least the age of majority to be eligible and all the information you furnished on this application is, to the best of your knowledge, complete and accurate and given to obtain credit. You understand that this application, any information you have provided and any information we have obtained in connection with your Best Buy credit card application, may be used by Household Bank (SB), N.A., Las Vegas, Nevada ("Household Bank", "we", "us", "our") in connection with processing your request for a MasterCard. You authorize us to obtain a credit bureau report on you and to verify any of the information you have provided from whatever source we choose. By signing the Household Bank MasterCard application, you are requesting a MasterCard credit card and if a credit card is issued to you by using or permitting another to use the MasterCard credit card, or cashing credit card checks, you agree to be bound by the terms and conditions of Household Bank's Cardmember Agreement and Disclosure Statement, including any amendments, that will be sent to you with the card ("Cardmember Agreement").

Exhibit B-16

# Exhibit C

Exhibit C-17

## CARDHOLDER AGREEMENT AND DISCLOSURE STATEMENT

1. **GENERAL:** ...

2. **ACCEPTANCE OF AGREEMENT:** ...

3. **PROMISE TO PAY:** ...

4. **ABILITY TO REPAY:** ...

5. **BILLING STATEMENT:** ...

6. **PROMOTIONAL CREDIT PLANS:** ...

7. **FINANCE CHARGES:** ...

Exhibit C-18

DEC-15-08  13:30  FROM-

(b) Finance Charges are imposed on purchases from the transaction date until paid in full, except that no Finance Charge is imposed in a billing cycle ("Current Cycle") on:
(i) a new purchase on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the Current Cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Current Cycle;
(ii) any balance on a Regular, Delayed Monthly Payment, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the Current Cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Current Cycle and the combined New Balance of those Credit Plans at the beginning of the previous billing cycle ("Previous Cycle") is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the Previous Cycle;
(iii) a purchase on a Waived Finance Charge Credit Plan for the specified promotional period, and
(iv) a purchase on a Same As Cash Credit Plan if the full cash sales price is paid in full before the promotional due date.
(c) If a Finance Charge is imposed on a Credit Plan other than a Same As Cash Credit Plan in the Current Cycle, the amount will be the sum of the following daily Finance Charge calculations:
(i) the applicable Daily Periodic Rate during the Current Cycle and (if applicable) the previous billing cycle ("Previous Cycle"); (ii) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day of the Current Cycle and (if applicable) the applicable Daily Periodic Rate for Previous Cycle times the Daily Balances of any new purchases on the Credit Plan during the Previous Cycle on which Finance Charges were not imposed during the Previous Cycle.
(d) If a Finance Charge is imposed on a Same As Cash Credit Plan, the amount will be the sum of the following daily Finance Charge calculations for the Credit Plan during the Current Cycle and each of the prior billing cycles ("Prior Cycle") from the transaction date of the purchase until the Current Cycle: (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the Current Cycle; and (ii) the applicable Daily Periodic Rate for each Prior Cycle times the Daily Balance of the Credit Plan for each day during each Prior Cycle.
(e) The "Daily Balance" of a Credit Plan is determined by taking the opening balance of the Credit Plan for that day, adding any new purchases made on the Credit Plan that day and subtracting any payments or credits applied to the Credit Plan that day. For purposes of determining the Daily Balance of the Previous Cycle, the only purchase considered are new purchases on which Finance Charges were not imposed in the Previous Cycle. The previous day's Finance Charges and credit insurance premiums or debt cancellation fees (if applicable) are included in the Daily Balance of a Credit Plan, except that for any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period. Late fees, overlimit fees, returned check fees and other fees on the Account are added to the Daily Balance of a Credit Plan when imposed. If a purchase on a Credit Plan posts after the beginning of a billing cycle, but the transaction occurred prior to the beginning of the billing cycle, the amount of the transaction plus related Finance Charges outstanding on each day from the transaction date until the first day of the billing cycle in which the transaction posts will be added to the Daily Balance of the Credit Plan for the first day of the billing cycle in which the transaction posts.
(f) The Daily Periodic Rate which is used to determine your Finance Charge and the corresponding Annual Percentage Rate, will be variable rates which may change monthly. The Daily Periodic Rate will be one-three hundred sixty fifth of the sum of the highest of the Prime Rate(s) published in The Wall Street Journal's "Money Rates Section" on the first or last day of the month The Wall Street Journal is published, plus a "Spread" of 14.4 percentage points for the Standard Rate and a "Spread" of 18.4 percentage points for the Default Rate. Any changes in the Prime Rate will take effect on the first day of your billing cycle beginning in the next month.

The minimum rate of Finance Charge for the Standard Rate is a Daily Periodic Rate of .05425% (corresponding 19.8% Annual Percentage Rate). The minimum rate of Finance Charge for the Default Rate is a Daily Periodic Rate of .06521% (corresponding 23.8% Annual Percentage Rate). For example, as of the billing cycle beginning November 1, 2004, the Finance Charge for the Standard Rate would have been a Daily Periodic Rate of .05425% (corresponding 19.8% Annual Percentage Rate) and the Finance Charge for the Default Rate would have been a Daily Periodic Rate of .06521% (corresponding 23.8% Annual Percentage Rate). An increase in the Prime Rate will increase your applicable Daily Periodic Rate which may increase the Finance Charge and the Minimum Monthly Payment due on your Account. You will qualify for the Standard Rate until you have failed to make no consecutive Total Minimum Payments Due and are 30 days past due.

8. MINIMUM FINANCE CHARGE: A minimum Finance Charge of $2.00 will be assessed for each billing cycle in which a Finance Charge is payable.

9. FEES: We may impose on your Account the following fees, which will be added to your Account when assessed.
   a) Late Payment Fee: Your Late Payment Fee will be based on your combined account balance (less any Delayed Monthly Payment credit plan balances) at the time of your payment due date. If you fail to pay us the Total Minimum Payment Due in full by the Payment Due Date on your billing statement, you agree to pay a Late Payment Fee of $10 for combined account balance of $100 and below $29 for combined account balance of $100.01 to $1,000.00, and $35 for combined account balance of $1,000.01 and over.
   b) Returned Check Fee: You agree to pay $25 each time you pay a payment check on your Account is returned unpaid by your bank or other financial institution for any reason.

c) Document and Research Fees: If you ask us to provide you with a replica of your sales slip, billing statement or other document (except in connection with a billing error claimed in accordance with "Your Billing Rights"), we may charge you the following fees: (i) Billing statement: $5 per document; (ii) Sales/credit slip: $5 per document; (iii) Payment instrument: $5 per document; (iv) Research fee: $15 per hour (including payment histories). We reserve the right to change the Document and Research Fee Schedule from time to time. You may call Customer Service for a current fee schedule.
d) Reissued Card Fee: You may be charged $5 each time you request that your credit card be reissued.
e) Direct Check Fee: In the event that you pay your Account with a direct check, you agree to pay up to a $15 fee for each direct check. We reserve the right to change the Direct Check Fee from time to time. You may call Customer Service for a current fee schedule.
f) Overlimit Fee: In the event you exceed your credit limit, you will be charged an Overlimit Fee of $25.
g) Collection Costs: If, after your default, we refer your Account to an attorney and/or collection agency for collection, we may charge you our collection costs, including court costs and reasonable attorneys' fees, when and as permitted by applicable law.

10. INSURANCE: If available and you elect any credit insurance coverage, you authorize us to charge the insurance premium for such insurance to your Account on a monthly basis. You understand the amount of the insurance premium is based on the Average Daily Balances of your Account for the billing cycle in which the premium is being assessed. Credit insurance charges begin to accrue on the transaction date for all purchases made on your Account.

11. DEBT CANCELLATION: If available and you elect debt cancellation, you authorize us to charge the fee for such debt cancellation to your Account on a monthly basis. You understand the amount of the debt cancellation fee is based on the Average Daily Balances of your Account for the billing cycle in which the fee is being assessed. Debt cancellation charges begin to accrue on the transaction date for all purchases made on your Account.

12. MINIMUM MONTHLY PAYMENT: Your monthly billing statement will include requirements for you to follow in making payments including the cut-off hour for receipt of payments, which may affect crediting of your payments. You agree to pay us at least the Total Minimum Payment Due, reflected on your statement. If you wish, you may pay more than the Total Minimum Payment Due and at any time you may pay the entire amount due. The Minimum Monthly Payment is the greater of $10 plus any debt cancellation fees (if applicable) or 2.2% of the "New Balance" of each Promotional Credit Plan which requires a Minimum Monthly Payment (except for Special Repayment Factor Credit Plans) and all Regular Credit Plans, as shown on your billing statement, rounded to the next higher dollar plus any debt cancellation fees (if applicable). All Minimum Monthly Payments are then combined into the Total Minimum Monthly Payment.

13. PAYMENT RESTRICTIONS: All payments must be mailed or delivered to us at the Payment Processing Center address shown on your monthly billing statement. All payments must be made by check or money order. You may not mail us cash. You agree that any payment may be returned to you if your check is: (a) not drawn in U.S. dollars on funds on deposit in the U.S.; (b) missing a signature; (c) drawn with different numeric and written amounts; (d) restrictively endorsed; (e) postdated; (f) drawn on a credit account issued by Household Bank (SB), N.A. or an affiliate; (g) not paid on presentment. However, if you wish us to consider a payment marked "paid in full", "without recourse" or similar language, such payment must be marked for special handling and sent to HRS USA, P.O. Box 15521, Wilmington, DE 19850-5521. You agree that we may accept any such payment, late payments, partial payments, and payments marked "paid in full", "without recourse", or otherwise restrictively endorsed without waiving our right to payment in full of your entire Account balance.

14. APPLICATION OF PAYMENTS: Your payments will be allocated in a manner we determine in accordance with applicable law, and may change from time to time. Your Available Credit will be increased by the amount of your payment within 14 days after that payment is received. If you have a Same As Cash Credit Plan that is due to expire in the current billing cycle or in the next billing cycle, and you make a payment before the Same As Cash expiration date that is large enough to pay all minimum payments due plus your full Same As Cash balance, we will automatically apply that payment first to the required minimum payments and next to the plan that is due to expire. At all other times, payments will be applied in the following order: (1) minimum payments that are due, (2) plans with finance charges due, (3) Same As Cash Credit Plans in the order in which they are due to expire. If you wish to re-direct any payment in a different order, you may do so by calling the customer service number listed in the upper corner of page 1 of your billing statement.

15. CREDIT LIMIT: You agree not to let the Account balance exceed the credit limit established for you by us from time to time. We do not have to honor any use of your Card or honor credit card checks which would cause you to exceed your credit limit, but if we do, you agree to repay the amount by which your credit limit is exceeded, plus Finance Charges immediately.

16. CREDIT AUTHORIZATIONS: Some purchases will require our prior authorization and you may be asked by the merchant to provide identification. If our authorization system is not working, we may not be able to authorize a transaction, even if you have sufficient available credit. We will not be liable to you if any of these events happen. We are not responsible for the refusal of any merchant to accept or honor the Card or a credit card check.

17. SECURITY: Except as indicated below, we grant us a purchase money security interest in the goods purchased with your Card. For purposes of determining which items are subject to a security interest, payments received will be deemed to be applied first to any unpaid insurance premiums

Exhibit C-19

or debt cancellation fees (if applicable), Finance Charges, and fees and then to pay for purchases on the Account in the order in which they were made. When sufficient payments are made to repay the portion of the Account balance attributable to the purchase of a particular good, we will release our purchase money security interest in that good. Goods covered by a security interest may be taken from you if you do not pay on time. We may require you to make them available at a convenient place of our choice. We waive any security interest in your home if the goods are installed and in any goods purchased with credit card checks. We take (to secure) interest in goods where the original purchase price is less than $100 if you live in New York and in goods where the original purchase price is less than $700 if you live in Maryland. If we repossess any goods purchased with your Card, we may charge you our repossession costs including, but not limited to, expenses or request, storage fees and costs of sale, when and as permitted by law.

**16. DEFAULT.** You will be in default under this Agreement upon: (a) your failure to make at least the Total Minimum Payment Due when due; (b) your violation of any other provision of this Agreement; (c) your death; (d) your becoming the subject of bankruptcy or insolvency proceedings; (e) your becoming the subject of attachment, foreclosure, repossession, lien, judgement or garnishment proceedings; (f) your supplying us with misleading, false, incomplete or incorrect information; (g) our receipt of information that you are unable or unwilling to perform the terms or conditions of this Agreement; (h) your failure to supply us with any information we reasonably deem necessary; (i) our receipt of information from third parties, including credit reporting agencies, which indicates a delinquency or charge-off with other creditors; (j) your default under any other loan or agreement you have with us or any of our affiliates; (k) your moving out of the U.S. or providing us with a non-U.S. mailing address; (l) your becoming incompetent; (m) your exceeding your credit limit; (n) your payment check being returned unpaid by your bank for any reason; (o) any credit card check being returned unpaid by us; or (p) your being in default under any other agreement or security agreement you have with us or with one of our affiliates. Upon default, we have the right to (a) terminate your credit privileges under this Agreement, (b) terminate any Promotional Credit Plans and convert balances to a Regular Credit Plan, (c) require you to pay your entire Account balance including Promotional Credit Plan balances, all accrued but unpaid Finance Charges and other charges provided for in this Agreement immediately and (d) bring an action to collect all amounts owed.

**19. ARBITRATION:** Any claim, dispute, or controversy between you and us (whether based upon contract, tort, intentional or otherwise, constitutional, statutory, common law, or equity and whether preexisting, present or future), including initial claims, counter-claims, cross-claims and third party claims, arising from or relating to this Agreement or the relationships which result from this Agreement, and except as provided below, the validity, enforceability or scope of this arbitration provision, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rules or procedures of the arbitration administrator selected at the time the Claim is filed. The party initiating the arbitration proceeding shall have the right to select one of the following arbitration administrators: the National Arbitration Forum ("NAF") or JAMS. The arbitrator shall be a lawyer with more than ten years experience or a retired or former judge. We agree not to invoke our right to arbitrate an individual Claim you may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. The rules and forms of the NAF and JAMS may be obtained by writing to these organizations at the addresses listed below. Our address for service of process under this provision is Household Bank (SB), N.A., P.O. Box 379, Mount Prospect, IL 60056. Any participatory arbitration hearing that you attend will take place in the city nearest to your residence where a federal district court is located or at such other location as agreed by the parties. On any Claim you file, you will pay the first $50 of the filing fee. At your request we will pay the remainder of the filing fee and any administrative or hearing fees charged by the Administrator on any Claim submitted by you in arbitration up to a maximum of $1,500. If you are required to pay any additional fees to the Administrator, we will consider a request by you to pay all or part of the additional fees; however, we shall not be obligated to pay any additional fees unless the arbitrator grants you an award. If the arbitrator grants an award in your favor, we will reimburse you for any additional fees paid or owed by you to the Administrator up to the amount of the fees that would have been charged if the original Claim had been for the amount of the actual award in your favor. The parties shall bear the expense of their respective attorney's fees, except as otherwise provided by law. If a statute gives you the right to recover any of these fees, or the fees paid to the Administrator, these statutory rights shall apply in the arbitration notwithstanding anything to the contrary contained herein. If the arbitrator issues an award in our favor you will not be required to reimburse us for any fees we have previously paid to the Administrator or for which we are responsible. This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA"). The arbitrator shall apply applicable substantive law consistent with the FAA and, if requested by either party, provide written reasoned findings of fact and conclusions of law. Judgment upon the award may be entered in any court having jurisdiction. The arbitrator's award shall be final and binding except for: (a) any appeal right under the FAA; and (b) any appeal of Claims involving more than $100,000. For such Claims, any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider de novo (i.e., in its entirety) any aspect of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Unless applicable law provides otherwise, the appealing party will pay the appeal's costs (i.e., the amounts owed to

the Administrator and the arbitrators), regardless of its outcome. However, we will consider in good faith any reasonable request for us to bear up to the full costs of the appeal. This arbitration agreement shall survive termination of your Account as well as the repayment of all amounts borrowed hereunder. If any portion of this arbitration agreement is deemed invalid or unenforceable under any law or statute consistent with the FAA, it shall not invalidate the remaining portions of this arbitration agreement or the Agreement. In the event of a conflict or inconsistency between the rules and procedures of the Administrator and this arbitration agreement, this arbitration agreement shall govern. No class actions or private attorney general actions in court or in arbitration or joinder or consolidation of any claims in Court or in arbitration with other persons, are permitted without the written consent of you and us. The validity and effect of the preceding sentence shall be determined exclusively by a court and not by an arbitrator.

**THE PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.**

You may contact, obtain the arbitration rules of, or file a Claim with, NAF or JAMS as follows:

| National Arbitration Forum | JAMS |
|---|---|
| P.O. Box 50191 | 45 Broadway |
| Minneapolis, MN 55405 | New York, NY 10006 |
| www.arb-forum.com | www.jamsadr.com |

As used in this arbitration provision, the term "we", "us", and "our" shall mean: Household Bank (SB), N.A., its parents, wholly or majority-owned subsidiaries, affiliates, or predecessors, successors, assigns, and each of their officers, directors, and employees.

**20. CHANGE OF TERMS: We may change or terminate any terms, conditions, services or features of your Account or this Agreement (including increasing your Finance Charges) at any time. To the extent required by law, we will notify you in advance of any change to terms or any new terms by mailing a notify you in advance of any change in terms or any new terms by mailing a notice to you at your address as shown on our records. A change in the Annual Percentage Rate, pursuant to the variable rate provisions of this Agreement, shall not be considered a change in terms under this paragraph.**

**21. LIABILITY FOR UNAUTHORIZED USE:** You may be liable for the unauthorized use of your Card. You agree to notify us immediately upon learning of the possible unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us orally or in writing, at Card Security Dept, P.O. Box 15521, Wilmington, DE 19850-5521, of the loss, theft, or possible unauthorized use of your Card. In any case, your liability will not exceed $50. However, unauthorized use does not include use by a person to whom you have given authority to use the Card, and you will be liable for all use by such a person. To terminate this authority, you must retrieve the Card from the previously authorized user and return it to us at HRS USA, P.O. Box 15521, Wilmington, DE 19850-5521, along with a letter explaining why you are doing so.

**22. LOST OR STOLEN CARD:** You agree to notify us immediately if your Card is lost or stolen, or if you think someone is using your Account without your permission. You may notify us by writing us at Card Security Dept., P.O. Box 15521, Wilmington, DE 19850-5521.

**23. LOST OR STOLEN CREDIT CARD CHECKS:** You agree to notify us immediately if your credit card checks are lost or stolen. You may notify us by writing us at Card Security Dept., P.O. Box 15521, Wilmington, DE 19850-5521.

**24. STOP PAYMENT:** If before a credit card check drawn on your Account has been honored, you notify us not to pay it, we will stop payment on the credit card check. You must send a written and signed stop payment order which states the number, payee, amount and date of the credit card check on which payment is to be stopped. If you call, you must confirm the call in writing within 14 days, a written stop payment will remain in effect for six months, unless renewed in writing.

**25. CARD CANCELLATION:** We can terminate or reduce your credit limit at any time and for any reason subject to the requirements of applicable law. Balances outstanding under this Agreement when your credit limit is reduced or terminated will continue to accrue Finance Charges until paid in full and are subject to all terms and conditions of this Agreement. You agree to return your Card(s) to us at any time we request.

**26. CLOSING YOUR ACCOUNT:** You can cancel or close your Account by writing to us at Card Security Dept., P.O. Box 15521, Wilmington, DE 19850-5521. Your notice becomes effective when we receive it. If you cancel or close your Account, you will still be responsible for all amounts owed us according to the terms of this agreement. You agree to return your Card(s) to us.

**27. MONITORING PRACTICES:** You agree that our supervisory personnel may listen to and record telephone calls between you and our representatives in order to evaluate the quality of our service to you and other customers.

**28. APPLICABLE LAW:** This Agreement and your Account shall be governed by, and interpreted under, federal law, including the Federal Arbitration Act, and the laws of the State of Nevada applicable to contracts made and to be performed therein without reference to principles

Exhibit C-20

of conflict of laws. The legality enforceability and interpretation of this Agreement and the amounts contracted for, charged and received under this Agreement will be governed by such laws. This Agreement is entered into between you and us in Nevada. We make decisions about granting credit to you from, and extend credit to you under this Agreement from, Nevada. Federal and Nevada law shall also apply to any controversy, claim or dispute arising from or relating in any way to the subject matter of this Agreement and/or your Account, including statutory, equitable and tort claims.

**29. CREDIT INVESTIGATION AND REPORTING:** You agree that we may investigate your credit, employment and income records and verify your credit references and also may report in credit reporting agencies, merchants, and other creditors the status and payment history of your Account.

**30. DISPUTED ACCURACY OF CREDIT REPORT:** If any specific information related to your Account, transactions or credit experience with us is inaccurate, you may notify us and request us to correct the inaccurate information (after confirmation of the alleged error) reported to any credit reporting agency by writing to us at HRS USA, P.O. Box 15521, Wilmington, DE 19850-5521.

**31. UPDATED FINANCIAL INFORMATION:** Upon request, you agree to promptly give us accurate updated financial information about yourself.

**32. DELAY TAKING ACTION:** We will not lose any of our rights under this Agreement if we delay taking action for any reason. To the extent allowed by law, we may take other action not described in this Agreement, and by doing so will not lose our rights under this Agreement.

**33. CHANGE OF NAME, ADDRESS, OR EMPLOYMENT:** You agree to give us 10 days advance notice of any change in your name, mailing address, telephone number or place of employment. You agree the Department of Motor Vehicles may release your residence address to us should it become necessary to locate you.

**34. ASSIGNMENT OF ACCOUNT:** We may sell, assign, or transfer your Account or any portion thereof without notice to you. You may not sell, assign or transfer your Account.

**35. SEVERABILITY:** If any provision of this Agreement is finally determined to be void or unenforceable under any law, rule or regulation, all other provisions of this Agreement will remain valid and enforceable.

**36. NOTICE FOR CALIFORNIA RESIDENTS:** California law requires that we inform customers that should they fail to fulfill the terms of their credit obligation, a negative report reflecting on their credit record may be submitted to a credit reporting agency. If you are married, you may apply for credit in your own name.

**37. NOTICE FOR FLORIDA RESIDENTS: You (borrower) agree that, should we obtain a judgment against you, a portion of your disposable earnings may be attached or garnished (paid to us by your employer), as provided by Florida and Federal law.**

**38. NOTICE FOR MAINE RESIDENTS:** We may request a consumer report in connection with your application for credit. You may ask whether a consumer report was obtained by us and we will tell you the name and address of the consumer reporting agency, if a report was obtained.

**39. NOTICE FOR NEW YORK RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report. New York residents may contact the New York state banking department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-522-3330.

**40. NOTICE FOR OHIO RESIDENTS:** The Ohio Laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**41. NOTICE FOR VERMONT RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report.

**The information about the costs of the Card described in this Cardholder Agreement and Disclosure Statement is accurate as of November, 2004. This information may have changed after that date. To find out what may have changed write to us at 1111 Town Center Drive, Las Vegas, Nevada 89144.**

## YOUR BILLING RIGHTS — KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us in Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain. If you can, why you believe there is an error
- If you need more information, describe the item you are not sure about

Exhibit C-21

**Your Rights and Our Responsibilities After We Receive Your Written Notice:** We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right: (a) You must have made the purchase in your home state or, if not within your home state within 100 miles of your current mailing address; and (b) The purchase price must have been more than $50. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

## Español

### AVISO PARA LOS RESIDENTES DE WISCONSIN CASADOS:

Ninguna disposición de un convenio sobre bienes matrimoniales, declaración en un Convenio de Clasificación de Bienes Maritales Terminable Estatutariamente bajo la Sec. 766.588 de los Estatutos de Wisconsin, o de un Convenio de Clasificación de Bienes Personales Terminable Estatutariamente, bajo la Sección 766.70 tiene un efecto adverso para los intereses del acreedor, a menos que el acreedor, antes del momento en que se concede el crédito, recibe copia del convenio, relación o decreto, o tenga conocimiento que la disposición adversa cuando se contrae la obligación para con el acreedor.

### ACUERDO DE TARJETAHABIENTES Y DECLARACIÓN INFORMATIVA

**1. GENERAL:** Cada persona que firme y remita o que remita electrónicamente o telefónicamente una solicitud de cuenta de tarjeta de crédito ("Cuenta") como solicitante o co-solicitante, solicita una cuenta con Household Bank (SB), N.A, una asociación bancaria nacional domiciliada en Las Vegas, Nevada, y solicita una o más tarjeta(s) de crédito con el nombre y el logotipo de Best Buy para que le(s) conceda(n) en relación con la Cuenta. La palabra "Tarjeta" significa cualquier tarjeta de crédito emitida a usted o a un usuario autorizado de la Cuenta. En este Acuerdo, las palabras "usted" y "su" se refieren a todas las personas mencionadas en la solicitud de tarjeta de crédito y las palabras "nosotros", "nos" y "nuestro" se refieren a Household Bank (SB), N.A. domiciliada en 1111 Town Center Drive, Las Vegas, Nevada 89144.

**2. ACEPTACIÓN DEL CONVENIO:** Al a) firmar y remitir o que remitir electrónicamente o telefónicamente la solicitud, usar o permitir a otro que usen la Tarjeta; b) firmar o permitir a otros que firmen recibos de ventas o c) hacer o permitir a otros que hagan compras por teléfono, Internet y otros medios — usted conviene en los términos y condiciones del Convenio de Tarjetahabiente y otros medios — usted conviene en los términos y condiciones del Convenio de Tarjetahabiente y su Declaración Divulgatoria que incluye una disposición acerca del arbitraje.

**3. PROMESA DE PAGO:** Usted conviene en pagar toda cantidad cargada a la Cuenta, ya sea contraída por usted o por cualquier persona a la que usted permita usar su Cuenta o Tarjeta. Si la Cuenta es una Cuenta mancomunada, o solicitante y el solicitante conjunta, cada cual, convienen en pagar y son responsables mancomunadamente y solidariamente de todas las cantidades cargadas a la Cuenta, independientemente de un divorcio u otro procedimiento legal que afecte la responsabilidad entre el solicitante y el solicitante conjunto. Si uno de ellos no da aviso de que renuncia a su responsabilidad por las cantidades adeudadas bajo este Convenio, nosotros podremos cerrar la Cuenta. En ese caso, usted seguirá pagando el saldo pendiente bajo los términos de este Convenio. No obstante, usted no podrá efectuar cargos nuevos a la Cuenta.

**4. CAPACIDAD PARA PAGAR:** Cuando usted use la Cuenta o permita a otras personas que usen la Cuenta, usted declara que tiene la capacidad y el derecho de pagar todas las sumas cargadas a la cuenta.

**5. ESTADO DE CUENTA:** Nosotros le enviaremos mensualmente un estado de cuenta por cada ciclo de facturación en que haya tenido alguna actividad o tenga un saldo de débito o crédito en exceso de $1.00, o en que se haya impuesto un Cargo de Financiamiento. El estado de facturación indicará todas las compras y otros cargos financieros y otros cargos u honorarios incluido el importe de la cancelación de cargos financieros y otros cargos u honorarios, incluido el importe de la cancelación de deuda (si corresponde), y todos los pagos y otros créditos abonados en su cuenta durante el ciclo de facturación. El estado de cuenta indicará la cantidad adeudada en su Cuenta. La cantidad total

adeudada se llama "Nuevo Saldo" en el estado de cuenta, sujeto a los términos de las compras bajo el Plan de Crédito Promocional de haberlo, según se indica a continuación.

**6. PLANES DE CRÉDITO PROMOCIONALES:** Los siguientes Planes de Crédito Promocionales podrían ser ofrecidos de cuando en cuando, según se especifica: antes de o en el momento de la compra: a) Plan de Crédito con Pago Mensual Diferido – no se aplica un Pago Mensual Mínimo durante un período determinado, b) Plan de Crédito con Cargo de Financiamiento Prescindido – no se imponen Cargos de Financiamiento sobre la compra durante un período determinado, siempre y cuando se pague el Pago Total Mínimo Adeudado cuando se venza en cada ciclo de facturación; c) Plan de Crédito con Cargo de Financiamiento Prescindido/Pago Mensual Diferido – no se imponen Cargos de Financiamiento sobre la compra durante un período determinado y no se adeudarán Pagos Mensuales indicada en su estado de cuenta, no se imponen Cargos de Financiamiento sobre la compra. Si no se hace el pago por completo antes de para ese fecha, los Cargos de Financiamiento se imponen desde la fecha de compra. No se adeudarán Pagos Mensuales Mínimos antes de la fecha de vencimiento promocional que se indica en su estado de cuenta y paga el Pago Total Mínimo Adeudado cuando se venza en cada ciclo de facturación, como se indica en su estado de cuenta, no se imponen Cargos de Financiamiento sobre la compra. Si no se hace el pago por completo antes de para ese fecha, los Cargos de Financiamiento se imponen desde la fecha de compra.

**7. CARGOS DE FINANCIAMIENTO:** (a) Los Cargos de Financiamiento, que son parte del interés sobre su Cuenta, se calculan por separado para cada Plan de Crédito Promocional y cada Plan de Crédito Normal (cada cual llamado un "Plan de Crédito"). Para estos fines, los Planes de Crédito Promocionales con fechas de vencimiento o términos diferentes traen como Planes de Crédito diferentes. El Cargo de Financiamiento total para cada ciclo de facturación es la cantidad de los Cargos de Financiamiento por cada Plan de Crédito, sujeto al Cargo de Financiamiento mínimo bajo la Sección 8.

(b) Los Cargos de Financiamiento se imponen sobre las compras desde la fecha de transacción hasta que se paguen por completo, excepto que no se imponen Cargos de Financiamiento en un ciclo de facturación ("Ciclo Actual") sobre:

## Exhibit C-22

el Plan de Crédito durante el Ciclo Actual y cada uno de los ciclos de facturación anteriores. (cada cual un "Ciclo Anterior"), desde la fecha de transacción de la compra hasta el Ciclo Actual: (i) la Tasa Periódica Diaria correspondiente al Ciclo Actual multiplicada por el Saldo Promedio Diario para cada día del Ciclo Actual; y (ii) la Tasa Periódica Diaria correspondiente a cada Ciclo Anterior multiplicada por los Saldos Diarios del Plan de Crédito para cada día durante cada Ciclo Anterior.

(c) El "Saldo Diario" de un Plan de Crédito se determina a tomar el saldo inicial del Plan de Crédito para ese día, sumando las compras nuevas hechas con el Plan de Crédito ese día, y restando los créditos o pagos aplicados al Plan de Crédito ese día. Para fines de determinar el Saldo Diario del Ciclo Anterior, las únicas compras que se tienen en cuenta son: las compras nuevas para las cuales no se haya impuesto Cargos de Financiamiento en el Ciclo Anterior. Las nuevas para las cuales no se haya impuesto Cargos de Financiamiento...

[body text illegible due to scan quality]

**8. CARGO DE FINANCIAMIENTO MÍNIMO:** Se impondrá un Cargo de Financiamiento mínimo de $2.00 por cada ciclo de facturación en que se deba pagar un Cargo de Financiamiento.

**9. CARGOS:** Nosotros podemos imponer sobre su Cuenta los cargos siguientes, que se agregarán a su Cuenta cuando se les imponga:

a) **Recargo por Pago Moroso:** El recargo por pago moroso se basará en su saldo de cuentas combinadas (menos el saldo acreedor por pago pendiente minimo debido en su totalidad a la fecha de pago. Si ésta es el pago...

b) **Recargo por Cheque Devuelto:** Usted conviene en pagar $25 cada vez que un cheque de pago de su Cuenta sea devuelto sin pagar por su banco u otra institución financiera, por el motivo que fuese.

c) **Honorarios por Documentos e Investigación:** Si usted nos pide que promueva una réplica de su recibo de venta, estado de cuenta u otro documento (excepto en la Facturación)...

d) **Cargo por Tarjeta Recaptadora:** Se le puede cobrar $5 cada vez que se vuelva a expedir su tarjeta de crédito.

e) **Cargo por Cheque Directo:** En caso de que usted pague su cuenta con un cheque directo usted conviene en pagar hasta $15 por cada cheque directo. Nosotros nos reser...

vamos el derecho de cambiar en cuando en cuando el cargo por cheque directo. Usted puede llamar a Servicio al Cliente para pedir la lista de cargos actual.

f) **Recargo por Sobrelímite:** En caso de que usted exceda su límite de crédito, se le cobrará un recargo por sobrelímite de $25.

g) **Costos de Cobranza:** Si después de su incumplimiento, nosotros remitimos su Cuenta para su cobranza a un abogado y(o) agencia de cobros, podremos cobrarle nuestros costos de cobranza, incluyendo los costos judiciales y los honorarios razonables de abogados, cuando y según lo permita la ley vigente.

**10. SEGURO:** Si disponible y usted opta por la cobertura del seguro contra deudas recobrables, usted nos autoriza cargar mensualmente a su Cuenta la prima de seguro por dicha cobertura...

**11. CANCELACIÓN DE DEUDA:** Si usted dispone de esta facilidad y opta por ella, usted nos autoriza a aplicar el cargo correspondiente a dicha cancelación de deuda a una de los Saldos mensual...

**12. PAGO MENSUAL MÍNIMO:** Su estado de cuenta mensual incluirá los requisitos que usted debe cumplir al hacer los pagos, incluyendo la hora de cierre para el recibo de los pagos, que podrá afectar al crédito de sus pagos...

**13. RESTRICCIONES DE PAGO:** Todos los pagos se deben enviar por correo contestar a la dirección del Centro de Procesamiento de Pagos que se indica en su estado de cuenta mensual...

**14. APLICACIÓN DE PAGOS:** Sus pagos serán repartidos de la forma en que nosotros lo determinemos de acuerdo con la ley vigente...

**15. LÍMITE DE CRÉDITO:** Usted conviene en no dejar que el saldo de la Cuenta pase su límite de crédito que nosotros establezcamos para usted de cuando en cuando...

**16. AUTORIZACIONES DE CRÉDITO:** Algunas compras requerirán nuestra autorización previa y el comerciante podría pedirle que le muestre alguna identificación...

Exhibit C-23

devolvérmelas a: HRS USA, P.O. Box 15521, Wilmington, DE 19850-5521, junto con una carta que nos explique las razones por las cuales tomó dicha determinación.

**22. PÉRDIDA O ROBO DE LA TARJETA:** Usted acuerda notificarnos inmediatamente si le roban o se pierde su Tarjeta o usted piensa que alguien está usando su Cuenta sin su permiso. Usted puede notificarnos por escrito a Card Security Dept. P.O. Box 15521, Wilmington, DE 19850-5521.

**23. CHEQUES DE TARJETA DE CRÉDITO PERDIDOS O ROBADOS:** Usted conviene en avisarnos inmediatamente si pierde o le roban algún cheque de tarjeta de crédito. Nos puede avisar por escrito a: Card Security Dept. P.O. Box 15521, Wilmington, DE 19850-5521.

**24. SUSPENSIÓN DE PAGO:** Si antes de que se pague un cheque de tarjeta de crédito girado contra su Cuenta usted nos notifica que no lo paguemos, suspenderemos su pago. Usted debe enviarnos una orden escrita y firmada de no pagar un cheque determinado, indicando el número, el beneficiario, la cantidad y la fecha del cheque de tarjeta de crédito cuyo pago debe suspenderse. Si llama por teléfono, usted debe confirmar la llamada por escrito dentro de 14 días. Nosotros podríamos hacer caso omiso de dicha orden seis meses después de haberla recibido a menos que se renueve por escrito.

**25. CANCELACIÓN DE LA TARJETA:** Nosotros podemos cancelar o reducir su límite de crédito en cualquier momento y por cualquier motivo, sujeto a los requisitos de la ley aplicable. Los Saldos pendientes bajo este Acuerdo cuando se reduce o cancela su límite de crédito, continúan acumulando Cargos de Financiamiento hasta que el saldo sea pagado en su totalidad y estén sujetos a todos los términos y condiciones de este Acuerdo. Usted acuerda devolvernos su(s) Tarjeta(s) en cualquier momento cuando se lo solicitemos.

**26. CIERRE DE SU CUENTA:** Usted puede cerrar o cerrar su Cuenta al escribirnos a: Card Security Dept. P.O. Box 15521, Wilmington, DE 19850-5521. Su saldo entra en vigencia cuando lo recibimos. Si usted cancela o cierra su Cuenta, aún será responsable de unas las cantidades que se nos adeuden de acuerdo con los términos de esta Convenio. Usted conviene en devolvernos su(s) Tarjeta(s).

**27. NORMAS DE EVALUACIÓN:** Usted conviene en que nosotros personal de supervisión puede escuchar y registrar las conversaciones telefónicas entre usted y nuestros empleados con el fin de evaluar la calidad de nuestro servicio a usted y a otros clientes.

**28. LEY VIGENTE:** Este Convenio y su Cuenta están regidos e interpretados por las leyes federales, la ley federal sobre arbitraje, y las leyes del Estado de Nevada, correspondientes a contratos celebrados y a ser cumplidos allí sin referencia a los principios de conflictos de leyes. La legalidad, ejecución e interpretación de este Convenio y las cantidades contratadas, cobradas y recibidas bajo este Convenio serán regidas por dichas leyes. Este Convenio se celebra entre usted y nosotros en Nevada. Nosotros tomamos decisiones en cuanto a la concesión de crédito a usted y le enviamos su crédito bajo este Convenio desde Nevada. Las leyes federales y de Nevada correspondían a cierto objeto de travesía, reclamación o disputa que surja de o se relacione, de forma alguna con el asunto objeto de este Convenio o su Cuenta, independiente de reclamaciones estatutarias, de equidad o por agravio.

**29. INVESTIGACIÓN E INFORMES DE CRÉDITO:** Usted conviene en que nosotros podemos investigar sus historiales de crédito, empleo e ingresos y comprobar sus recomendaciones de crédito y en que podemos dar a las agencias de informes de crédito, comerciantes y otras fuentes información sobre el historial de pago de su Cuenta.

**30. PRECISIÓN DISPUTADA DE UN INFORME DE CRÉDITO:** Si algún dato determinado de relacionado con su Cuenta, las transacciones o la experiencia de crédito con nosotros son registrados de manera imprecisa, usted acuerda solicitar que confiamos la información imprecisa (después de comprobarla) con papel avisar y solicitar que corrijamos la información imprecisa, escribiéndonos a: HRS USA, P.O. Box 15521, Wilmington, DE 19850-5521.

**31. INFORMACIÓN FINANCIERA ACTUALIZADA:** Usted acuerda darnos inmediatamente información financiera actualizada sobre usted cuando se la solicitemos.

**32. DEMORA EN LA TOMA DE ACCIONES:** Si por cualquier razón nos demoramos en tomar cualquier acción, no perderemos nuestros derechos bajo este Acuerdo. En la medida en que lo permita la ley, podríamos tomar otras acciones que no estén descritas en este Acuerdo sin perder ninguno de nuestros derechos bajo este Acuerdo.

**33. CAMBIO DE NOMBRE, DIRECCIÓN O EMPLEO:** Usted conviene en darnos un aviso de 10 días de anticipación de cualquier cambio en su nombre, dirección postal, número de teléfono o lugar de empleo. Usted conviene en que el Departamento de Vehículos Motorizados u otro lugar de dirección individual al fuere necesario identificarle.

**34. TRASPASO DE LA CUENTA:** Nosotros podríamos vender, traspasar o transferir su Cuenta a cualquier parte de la misma sin notificarle. Usted no puede vender, traspasar o ceder su Cuenta a cualquier parte de la misma sin notificarle.

**35. DIVISIBILIDAD:** Si se determina que cualquier cláusula de este Acuerdo es nula o inejecutable bajo cualquier ley, regla o reglamento, todas las demás cláusulas de este Acuerdo permanecerán válidas y ejecutables.

**36. AVISOS PARA RESIDENTES DE CALIFORNIA:** La ley de California exige que nosotros informemos a los clientes que si no cumplen con los términos de su obligación de crédito, lo informaremos a la clienta que si no cumplen con un informe negativo que se refleje en su informe puede termitir a una agencia de informes de crédito un informe negativo que se refleje en su expediente de crédito. Si usted está casado(a), puede solicitar el crédito a nombre propio.

**37. AVISO A LOS RESIDENTES DE LA FLORIDA:** Usted (el prestatario) acuerda que, si obtenemos una sentencia en su contra, una parte de su ingreso disponible puede ser secuestrada o embargada (pagada a nosotros por su empleador), según lo disponga la ley de la Florida y la ley Federal.

**38. AVISO PARA LOS RESIDENTES DE MAINE:** Podremos solicitar un informe de crédito con respecto a su solicitud de crédito. Usted puede preguntar si nosotros obtuvimos un informe y en tal caso, nosotros le informaremos el nombre y la dirección de la agencia que emitió el informe.

**39. AVISO PARA RESIDENTES DE NEW YORK:** Se puede solicitar un informe de crédito sobre el consumidor relacionado con esta solicitud o con las actualizaciones, renovaciones o extensiones de todo crédito concedido como resultado de esta solicitud. A solicitud suya, se le informará si se solicitó dicho informe y de haberse solicitado, el nombre y la dirección de la agencia que proporcionó el informe. Los residentes de New York se pueden comunicar con el departamento de banca del Estado de New York a fin de obtener una lista comparativa de las tasas para tarjetas de crédito, sus recargos, periodos de gracia. Departamento de Banca del Estado de New York 1-800-422-3550.

**40. AVISO PARA LOS RESIDENTES DE OHIO:** Las Leyes de Ohio contra la discriminación exigen que todos los acreedores pongan el crédito a disposición de todas las personas solventes, sin distinción de ninguna clase, y que las agencias de información de crédito mantengan historiales de crédito separados para cada individuo cuando esto se les solicite. La Comisión de Derechos Civiles de Ohio se encarga de hacer cumplir esta ley.

**41. AVISO PARA RESIDENTES DE VERMONT:** Se podrá solicitar un informe de crédito sobre el consumidor en lo relacionado con esta solicitud o en lo relacionado con actualizaciones, renovaciones o prórrogas de todo crédito concedido como resultado de esta solicitud. A petición, se informará si se solicitó o no dicho informe y, de haberse solicitado, el nombre y la dirección de la agencia que proporcionó el informe.

La información referente a las costas de la Tarjeta que contiene este Convenio de Tarjetahabiente y la Declaración de Divulgaciones es precisa en noviembre de 2004. Tarjetahabiente y la Declaración de Divulgaciones es precisa en noviembre de 2004. Esta información tendrá cambiar después de esa fecha. Para conocer cualquier cambio, escríbanos a: 1111 Town Center Drive, Las Vegas, Nevada 89144.

## SUS DERECHOS DE FACTURACIÓN — GUARDE ESTE AVISO PARA USO FUTURO

Este aviso contiene información importante sobre sus derechos y nuestras responsabilidades bajo la Ley de Facturación Justa en Materia Crediticia.

**Notifíquenos en caso de haber errores a tener preguntas sobre su estado de cuenta:** Si su estado de cuenta contiene errores o si necesita más información sobre una transacción que aparece en su factura, escríbanos en una hoja separada a la dirección que aparece en su factura. Escríbanos lo antes posible. Es necesario que recibamos sus comentarios dentro del 1ero factura. Escríbanos lo antes posible. Es necesario que recibamos sus comentarios dentro del 1ero. no de 60 días a partir de la fecha en que le enviamos la primera factura en que aparece el error o el problema. Puede llamarnos por teléfono, pero una llamada telefónica no protege sus derechos.

En su carta, dénos la siguiente información:

- Su nombre y número de cuenta.
- El monto en dólares del supuesto error.
- Describa el error y explique, si puede, por qué considera usted que hay un error.
- Si necesita más información, describa el ítem sobre el cual tiene dudas.

**Sus derechos y nuestras responsabilidades después de recibir su notificación por escrito:** Nosotros tenemos que reconocer que recibimos su carta dentro del término de 30 días, a menos que para entonces hayamos corregido el error. Dentro del término de 90 días que corregir el error o explicarle por qué creemos que el estado de cuenta estaba correcta.

Después de recibir su carta, no podemos tratar de cobrar ninguna parte del cantidad que usted ha cuestionado reportarle como deudor moroso. Podríamos continuar facturándole la cantidad en duda, incluyendo cargos de financiamiento, y podríamos aplicar cualquier saldo pendiente contra su límite de crédito. Usted no tiene que pagar ninguna cantidad en duda mientras investigamos, pero sigue siendo obligado a pagar las partes de su factura que no estén en duda. Si encontramos que cometimos un error en su factura, usted no tendrá que pagar los cargos de financiamiento correspondientes a ninguna cantidad en duda. Si en cambio, no había hecho correspondientes a la cantidad en duda. Y clamamos y hacer todos los pagos que no había hecho correspondientes a la fecha en que venza. Si usted no paga la cantidad que nosotros consideramos que usted no debe, podemos reportarlo como deudor moroso. Sin embargo, si nuestra explicación no le satisface y usted nos escribe dentro del término de diez días informándonos que aún no está pagado, que usted tiene una duda, tenemos que informar a cualquier entidad a la que enviamos un informe sobre usted el nombre de cualquier entidad a la que sobre su factura. Y tendremos que informarle a usted el nombre de cualquier entidad a la que enviamos un informe sobre usted. Cuando el asunto haya sido resuelto, tendremos que informar sobre esto a cualquier entidad a la que hubiéramos enviado un informe sobre usted. Si no seguimos estas reglas, no podremos cobrar los primeros $50 de la cantidad en duda, aunque su factura estuviese correcta.

**Regla especial para compras hechas con Tarjeta de Crédito:** Si usted tiene algún problema con la calidad de un producto o servicios que usted compró con una tarjeta de crédito y usted ha tratado de buena fe de corregir el problema con el comerciante, usted podría tener derecho de no pagar el saldo restante correspondiente a dicho producto o servicios. Existen limitaciones a este derecho: (a) usted debe proteger de propiedad hecha la compra en el estado donde reside o, si no la hizo dentro del estado donde reside, dentro de un radio de 100 millas de su actual dirección y (b) El precio de compra debe hacer sido superior a los $50. Estas limitaciones no son aplicables si nosotros somos dueños del establecimiento donde usted hizo la adquisición, operamos el mismo, o si nosotros le enviamos un anuncio con el producto o los servicios.

AG2206 (11-04)

Exhibit C-24

# Exhibit D

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:    04/11/2005

Account Summary                          Account Number: [ ] [ ] [ ] [ ] [ ]

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|---|---|
| 05/06/2005 | $38.00 | $1,472.91 | 0.05424% | 19.80% | $0.00 | $27.09 |

THANK YOU FOR OPENING YOUR ACCOUNT WITH US. YOUR APPROVED CREDIT LIMIT IS $ 1,500.00

Please see reverse for important disclosures, including grace period information.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| | Previous Balance | | $.00 |
| 03/12/2005 | Computers, Victorville | Reduced Rate Purchase | $1,472.91 |
| 04/11/2005 | New Balance | | $1,472.91 |

****JOIN THE REWARD ZONE PROGRAM FOR SPECIAL PROMOTIONS, GIVEAWAYS AND MORE. SIGN UP TODAY AT ANY BEST BUY STORE.****

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Reduced Rate Purchase 67014-01 | 03/12/05 | 04/11/09 | $.00 | $.00 | 0.02986% | 10.90% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 67014-01 Continued | | $0.00 | $13.69 | $1,472.91 | $38.00 |

Page 1 of 1  04110246865              Please return coupon below with your payment.

BEST BUY CO., INC.              Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| [ ] [ ] [ ] [ ] [ ] | $1,472.91 | 05/06/2005 | 04/27/2005 | $38.00 |

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS          00169    Please complete using black or blue ink only.
[ ] [ ] [ ] [ ] [ ]                   Make checks payable to Retail Services. Include
                                      your account number on your check or money order.

                                      RETAIL SERVICES
                                      PO BOX 60148
                                      CITY OF INDUSTRY CA 91716-0148

G      [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

Exhibit D-26

# Exhibit E

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:   05/11/2006

Account Summary                              Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOCREDIT | AVAILABLE |
|---|---|---|---|---|---|---|
| 06/05/2006 | $38.00 | $496.98 | 0.05424% | 19.80% | $0.00 | $1,003.02 |

Please see reverse for important disclosures, including grace period information.

Household Bank (SB), N.A. has changed its name to HSBC Bank Nevada, N.A. All other
terms and conditions of your Cardholder Agreement and Disclosure Statement remain
unchanged at this time.  In the coming months, you will see our new name referenced in
communications to you.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 04/12/2006 | Previous Balance | | $1,472.91 |
| 05/11/2006 | Billed Finance Charges | | $10.38 |
| 05/11/2006 | Billed Deferred Finance Charges | | $13.69 |
| 05/02/2006 | Payment Received - Thank You | | $1,000.00 |
| 05/11/2006 | New Balance | | $496.98 |

****Looking for the perfect gift?  Check out our new dad, grad and Spring-themed gift
cards.  No expiration date, no fee.****

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Reduced Rate Purchase 67014-01 | 03/12/06 | 04/11/09 | $1,472.91 | $1,159.27 | 0.02986% | 10.90% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 67014-01 Continued | 10.90% | $24.07 | N/A | $496.98 | $38.00 |

Page 1 of 1   0511024167B

BEST BUY CO., INC.

Please return coupon below with your payment.

Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $496.98 | 06/05/2006 | 05/26/2006 | $38.00 |

AMOUNT ENCLOSED

CRISTOBAL F GRANADOS        00169

Please complete using black or blue ink only.
Make checks payable to Retail Services.  Include
your account number on your check or money order.

RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY CA 91716-0148

Exhibit E-28

# Exhibit F

Payment Address:     Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:   06/11/2008

Account Summary                          Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|---|---|
| 07/06/2008 | $38.00 | $396.25 | 0.05424% | 19.80% | $0.00 | $1,103.75 |

Please see reverse for important disclosures, including grace period information.

Household Bank (SB), N.A. has changed its name to HSBC Bank Nevada, N.A.  All other
terms and conditions of your Cardholder Agreement and Disclosure Statement remain
unchanged at this time.  In the coming months, you will see our new name referenced in
communications to you.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 06/12/2008 | Previous Balance | | $496.98 |
| 06/11/2008 | Billed Finance Charges | | $4.27 |
| 06/01/2008 | Payment Received - Thank You | | -$105.00 |
| 06/11/2008 | New Balance | | $396.25 |

****JOIN THE REWARD ZONE(R) PROGRAM, WHERE THE MORE YOU BUY, THE MORE POINTS YOU
GET.****

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Reduced Rate Purchase 67014-01 | 03/12/08 | 04/11/09 | $496.98 | $461.89 | 0.02986% | 10.90% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 67014-01 Continued | 10.90% | $4.27 | N/A | $396.25 | $38.00 |

Page 1 of 1   06110234997           Please return coupon below with your payment.

BEST BUY CO., INC.              Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $396.25 | 07/06/2008 | 06/27/2008 | $38.00 |

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS

G0169    Please complete using black or blue ink only.
Make checks payable to Retail Services.  Include
your account number on your check or money order.

RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY CA 91716-0148

0

Exhibit F-30

# Exhibit G

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:  Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:    07/11/2005

Account Summary                              Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | VARIABLE DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|---|---|
| 08/05/2005 | $48.00 | $771.83 | 0.054246% | 19.80% | $0.00 | $728.17 |

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 06/12/2005 | Previous Balance | | $396.25 |
| 07/02/2005 | Interactive Software | Same As Cash | $212.19 |
| 07/03/2005 | Purchase, Victorville | Same As Cash | $200.00 |
| 07/11/2005 | Billed Finance Charges | | $3.39 |
| 06/28/2005 | Payment Received - Thank You | | -$40.00 |
| 07/11/2005 | New Balance | | $771.83 |

Promotion Expiration Alert!

| Promotion Expiration Date | Promotional Payoff Amount | Deferred FINANCE CHARGES | Promotion Type |
|---|---|---|---|
| 10/02/2005 | $212.19 | $1.18 | Same As Cash 47010-02 |
| 10/03/2005 | $200.00 | $1.00 | Same As Cash 47010-03 |

To avoid deferred finance charges, pay your Promotional Payoff Amount by each Promotion Expiration Date. In addition, minimum payments due must be paid by the Payment Due Date. If you have Insurance or Credit Protection on your account, the Promotional Payoff Amount to avoid Deferred Finance Charges may not be the same as the New Balance of your promotional plan. See Finance Charge Summary for further details.

Back to School computer needs? Call Geek Squad 24 Hour Computer Support Task Force(r). 1 800 GEEK SQUAD or GEEKSQUAD.com.

Page 1 of 2   07110234128                 Please return coupon below with your payment.

BEST BUY CO., INC.              Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $771.83 | 08/05/2005 | 07/27/2005 | $48.00 |

AMOUNT ENCLOSED

CRISTOBAL E GRANADOS

00169   Please complete using black or blue ink only. Make checks payable to Retail Services. Include your account number on your check or money order.

RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY CA 91716-0148

Exhibit G-32

Payment Address:      Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:   07/11/2005

Important Notice Concerning Your Payments

How Payments are applied to your account
If you have a same-as-cash plan that is due to expire in the current billing cycle
or in the next billing cycle, and you make a payment before the same-as-cash
expiration date that is large enough to pay all minimum payments due plus your full
same-as-cash balance, we will automatically apply that payment first to the required
minimum payments and next to the plan that is due to expire.  At all other times,
payments will be applied in the following order: (1) minimum payments that are due,
(2) plans with finance charges due, (3) same-as-cash plans in the order in which
they are due to expire.  If you wish to re-direct any payment in a different order,
you may do so by calling the customer service number listed in the upper corner of
page 1 of your billing statement.

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variab Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Reduced Rate Purchase 67014-01 | 03/12/05 | 04/11/09 | $396.25 | $379.26 | 0.02986% | 10.90% |
| Same As Cash 47010-02 | 07/02/05 | 10/02/05 | $.00 | $.00 | 0.05589% | 20.40% |
| Same As Cash 47010-03 | 07/03/05 | 10/03/05 | $.00 | $.00 | 0.05589% | 20.40% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 67014-01 Continued | 10.90% | $3.39 | N/A | $359.64 | $30.00 |
| 47010-02 Continued | | $0.00 | $1.18 | $212.19 | $10.00 |
| 47010-03 Continued | | $0.00 | $1.00 | $200.00 | $.00 |

Account Number: 

Exhibit G-33

# Exhibit H

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:    08/11/2005

Account Summary                              Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | VARIABLE DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|---|---|
| 09/05/2005 | $48.00 | $724.99 | 0.05424% | 19.80% | $0.00 | $775.01 |

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 07/12/2005 | Previous Balance | | $771.83 |
| 08/11/2005 | Billed Finance Charges | | $3.16 |
| 07/28/2005 | Payment Received - Thank You | | -$50.00 |
| 08/11/2005 | New Balance | | $724.99 |

Promotion Expiration Alert!

| Promotion Expiration Date | Promotional Payoff Amount | Deferred FINANCE CHARGES | Promotion Type |
|---|---|---|---|
| 10/02/2005 | $202.19 | $4.82 | Same As Cash 47010-02 |
| 10/03/2005 | $200.00 | $4.51 | Same As Cash 47010-03 |

To avoid deferred finance charges, pay your Promotional Payoff Amount
by each Promotion Expiration Date. In addition, minimum payments due
must be paid by the Payment Due Date. If you have Insurance or Credit
Protection on your account, the Promotional Payoff Amount to avoid
Deferred Finance Charges may not be the same as the New Balance of
your promotional plan. See Finance Charge Summary for further
details.

***JOIN THE REWARD ZONE(R) PROGRAM WHERE THE MORE YOU BUY, THE MORE POINTS YOU GET.***

Important Notice Concerning Your Payments

How Payments are applied to your account
If you have a same-as-cash plan that is due to expire in the current billing cycle
or in the next billing cycle, and you make a payment before the same-as-cash
expiration date that is large enough to pay all minimum payments due plus your full
same-as-cash balance, we will automatically apply that payment first to the required
minimum payments and next to the plan that is due to expire. At all other times,
payments will be applied in the following order: (1) minimum payments that are due,
(2) plans with finance charges due, (3) same-as-cash plans in the order in which
they are due to expire. If you wish to re-direct any payment in a different order,
you may do so by calling the customer service number listed in the upper corner of
page 1 of your billing statement.

Page 1 of 2   08110242191              Please return coupon below with your payment.

BEST BUY CO., INC.              Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $724.99 | 09/05/2005 | 08/26/2005 | $48.00 |

Alert! To avoid deferred finance charges, pay
your Promotion Payoff Amount by each Promotion
Expiration Date. In addition, minimum payments
due must be paid by the Payment Due Date. See         AMOUNT
Promotion Expiration Alert box for details.           ENCLOSED

CRISTOBAL E GRANADOS

00169     Please complete using black or blue ink only.
          Make checks payable to Retail Services. Include
          your account number on your check or money order.

          RETAIL SERVICES
          PO BOX 60148
          CITY OF INDUSTRY CA 91716-0148

Exhibit H-35

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:    Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:    08/11/2005

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variab Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Reduced Rate Purchase 67014-01 | 03/12/05 | 04/11/09 | $359.64 | $341.85 | 0.02988% | 10.90% |
| Same As Cash 47010-02 | 07/02/05 | 10/02/05 | $212.19 | $.00 | 0.05589% | 20.40% |
| Same As Cash 47010-03 | 07/03/05 | 10/03/05 | $200.00 | $.00 | 0.05589% | 20.40% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 67014-01 Continued | 10.90% | $3.16 | N/A | $322.80 | $38.00 |
| 47010-02 Continued | | $0.00 | $4.82 | $202.19 | $10.00 |
| 47010-03 Continued | | $0.00 | $4.51 | $200.00 | $.00 |

Page 2 of 2    08110242151

Account Number:

# Exhibit I

Exhibit I-37

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:    09/11/2005

Account Summary                          Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | VARIABLE DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|---|---|
| 10/06/2005 | $.00 | $.01CR | 0.05424% | 19.80% | $0.00 | $1,500.00 |

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 08/12/2005 | Previous Balance | | $724.99 |
| 08/24/2005 | Payment Received - Thank You | | -$725.00 |
| 09/11/2005 | New Balance | | $.01CR |

Take advantage of our great financing!  Don't have your card with you?  No problem!
We have a fast and easy way to serve you - see store for details.

***Best Buy gift cards.  Now accepted at BestBuy.com.  No expiration dates, no fees.
Perfect for any occasion.  Huge assortment!

Page 1 of 1   09110291731                Please return coupon below with your payment.

BEST BUY CO., INC.                Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $.01CR | 10/06/2005 | 09/27/2005 | $.00 |

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS

G0169    Please complete using black or blue ink only.
Make checks payable to Retail Services.  Include
your account number on your check or money order.

RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY CA 91716-0148

Exhibit I-38

# Exhibit J

Payment Address:   Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:   12/11/2005

Account Summary                          Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | VARIABLE DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOCREDIT | AVAILABLE |
|---|---|---|---|---|---|---|
| 01/05/2006 | $15.00 | $1,499.99 | 0.05794% | 21.15% | $0.00 | $0.01 |

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 10/12/2005 | Previous Balance....................................... | | $.00 |
| 11/25/2005 | Video, Victorville CA............Same As Cash................... | | $1,499.99 |
| 12/11/2005 | New Balance.......................................... | | $1,499.99 |

No need to wait. Get the stuff you really want today with great everyday financing and special finance options.

****Take advantage of our great financing! Don't have your card with you?  No Problem! We have a fast and easy way to serve you. See store for details.****

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variable Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Same As Cash | 11/25/05 | 01/30/07 | $.00 | $.00 | 0.05794% | 21.15% |
| 47017-01 | | | | | | |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 47017-01 Continued | | $0.00 | $14.84 | $1,499.99 | $15.00 |

Page 1 of 1   12110269507                Please return coupon below with your payment.

BEST BUY CO., INC.                Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $1,499.99 | 01/05/2006 | 12/27/2005 | $15.00 |

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS

00169     Please complete using black or blue ink only.
Make checks payable to Retail Services.  Include
your account number on your check or money order.

RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY CA 91716-0148

9

Exhibit J-40

# Exhibit K

Payment Address:     Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:    Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:    07/11/2006

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variab Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Same As Cash 47009-01 | 11/25/05 | 12/08/07 | $953.99 | $.00 | 0.06136% | 22.40% |
| Same As Cash 47005-02 | 06/14/06 | 12/16/06 | $.00 | $.00 | 0.06136% | 22.40% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 47009-01 Continued | | $0.00 | $178.25 | $949.99 | $10.10 |
| 47005-02 Continued | | $0.00 | $5.82 | $290.97 | $2.90 |

Account Number:

Exhibit K-42

# Exhibit L

Exhibit L-43

11200606HR3MRCH006000170212712308073777

Payment Address:     Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:     06/11/2006

Account Summary                              Account Number:    7021-2712-3087-3777

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | VARIABLE DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|---|---|
| 07/06/2006 | $10.00 | $959.99 | 0.06136% | 22.40% | $0.00 | $540.01 |

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 05/12/2006 | Previous Balance.................................................. | | $1,039.99 |
| 05/28/2006 | Payment Received - Thank You...................................... | | -$80.00 |
| 06/11/2006 | New Balance....................................................... | | $959.99 |

Looking for the cool gifts? Use your Best Buy credit card to buy Dad, Grad and Spring -- themed Gift Cards. No expiration, no fees.

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variable Daily Periodic Rate | Corresponding APR |
|---|---|---|---|---|---|---|
| Same As Cash | | | | | | |
| 47009-01 | 11/26/05 | 12/08/07 | $1,039.99 | $.00 | 0.06058% | 22.15% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 47009-01 Continued | | $0.00 | $157.55 | $959.99 | $10.00 |

Page 1 of 1   06110216307          Please return coupon below with your payment.

BEST BUY CO., INC.          Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| 7021-2712-3087-3777 | $959.99 | 07/06/2006 | 06/27/2006 | $10.00 |

AMOUNT
ENCLOSED

00169     Please complete using black or blue ink only.
          Make checks payable to Retail Services. Include
          your account number on your check or money order.

CRISTOBAL E GRANADOS
13490 PROSPECTOR CT
VICTORVILLE CA 92392-8849

RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY CA 91716-0148

9     00095999000010000007021271230870737770G1698

Exhibit L-44

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:    Retail Services PO Box 18821 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:    07/11/2006

Account Summary                              Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | VARIABLE DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOCREDIT | AVAILABLE |
|---|---|---|---|---|---|---|
| 08/05/2006 | $13.00 | $1,240.96 | 0.054246% | 19.80% | $0.00 | $259.04 |

Please see reverse for important disclosures, including grace period information.

It was recently discovered that if you have a 48 month, Reduced Rate 11.9% promotional purchase (plan numbers 67016, 60016, and 61016) made between March 2006-May 2006 there is an incorrect repayment percentage (1% plus finance charges, plus late fees). Corrections will be made to affected accounts in July, 2006 to reflect the correct repayment percentage (2.626%).

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. See Payments section on reverse for additional information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 06/12/2006 | Previous Balance...................................................... | | $959.99 |
| 06/14/2006 | Computers, Victorville...........Same As Cash..................... | | $360.97 |
| 07/02/2006 | Payment Received - Thank You....................................... | | -$80.00 |
| 07/11/2006 | New Balance.......................................................... | | $1,240.96 |

Credit Keeper is a secure way to access your triple-merged Credit Report scores and more. Enroll at hrsaccount.com/bestbuy. Use your Best Buy credit card and your first month's fee will be waived, a $9.95 value.

Important Notice Concerning Your Payments


How Payments are applied to your account
If you have a same-as-cash plan that is due to expire in the current billing cycle or in the next billing cycle, and you make a payment before the same-as-cash expiration date that is large enough to pay all minimum payments due plus your full same-as-cash balance, we will automatically apply that payment first to the required minimum payments and next to the plan that is due to expire. At all other times, payments will be applied in the following order: (1) minimum payments that are due, (2) plans with finance charges due, (3) same-as-cash plans in the order in which they are due to expire. If you wish to re-direct any payment in a different order, you may do so by calling the customer service number listed in the upper corner of page 1 of your billing statement.

Page 1 of 2    07110211728

Please return coupon below with your payment.

BEST BUY CO., INC.                    Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $1,240.96 | 08/05/2006 | 07/27/2006 | $13.00 |

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS

00169    Please complete using black or blue ink only.
Make checks payable to Retail Services. Include
your account number on your check or money order.

RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY CA 91716-0148

0

Exhibit L-45

# Exhibit M

Payment Address:      Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:    09/11/2006

Account Summary                              Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|
| 10/06/2006 | $48.00 | $1,203.70 | $0.00 | $296.30 |

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 08/12/2006 | Previous Balance......................................................... | | $1,203.70 |
| 09/05/2006 | Late Charge Assessment.................................................. | | $35.00 |
| 09/06/2006 | Payment Received - Thank You............................................. | | -$35.00 |
| 09/11/2006 | New Balance............................................................. | | $1,203.70 |

Promotion Expiration Alert:

| Promotion Expiration Date | Promotional Payoff Amount | Deferred | Promotion Type |
|---|---|---|---|
| 12/16/2006 | $239.18 | FINANCE CHARGES $16.70 | Same As Cash 47005-02 |

To avoid deferred finance charges, pay your Promotional Payoff Amount
of $239.18 by 12/16/2006. In addition, minimum payments due must be
paid by the Payment Due Date.  If you have Insurance or Credit
Protection on your account, the Promotional Payoff Amount to avoid
Deferred Finance Charges may not be the same as the New Balance of
your promotional plan.  See Finance Charge Summary for further
details.

Access your credit report scores and more with Credit Keeper - enroll today at
www.hrsaccount.com/BestBuy with your Best Buy credit card and your first month's fee
will be waived, a $9.95 value.

Important Notice Concerning Your Payments

How Payments are applied to your account
If you have a same-as-cash plan that is due to expire in the current billing cycle
or in the next billing cycle, and you make a payment before the same-as-cash
expiration date that is large enough to pay all minimum payments due plus your full
same-as-cash balance, we will automatically apply that payment first to the required
minimum payments and next to the plan that is due to expire.  At all other times,
payments will be applied in the following order: (1) minimum payments that are due,
(2) plans with finance charges due, (3) same-as-cash plans in the order in which
they are due to expire.  If you wish to re-direct any payment in a different order,
you may do so by calling the customer service number listed in the upper corner of
page 1 of your billing statement.

Page 1 of 2   09110204585              Please return coupon below with your payment.

BEST BUY CO., INC.                     Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $1,203.70 | 10/06/2006 | 09/27/2006 | $48.00 |

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS                00169      Please complete using black or blue ink only.
                                              Make checks payable to Retail Services.  Include
                                              your account number on your check or money order.

                                              RETAIL SERVICES
                                              PO BOX 60148
                                              CITY OF INDUSTRY CA 91716-0148

0

Exhibit M-47

Payment Address:      Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:    Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:    09/11/2006

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variab Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Same As Cash 47009-01 | 11/25/06 | 12/08/07 | $939.89 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47005-02 | 06/14/06 | 12/16/06 | $263.81 | $.00 | 0.06205% | 22.65% |
| Regular Purchase 00007-03 | N/A | N/A | $.00 | $.00 | 0.06205% | 22.65% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 47009-01 Continued | | $0.00 | $222.21 | $929.52 | $10.61 |
| 47005-02 Continued | | $0.00 | $16.70 | $239.18 | $2.39 |
| 00007-03 Continued | | $0.00 | $.13 | $35.00 | $35.00 |

Account Number:

Exhibit M-48

# Exhibit N

Payment Address:      Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:   10/11/2006

Account Summary                          Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | VARIABLE DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|---|---|
| 11/05/2006 | $12.00 | $1,153.70 | 0.05424% | 19.80% | $0.00 | $346.30 |

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 09/12/2006 | Previous Balance | | $1,203.70 |
| 10/03/2006 | Payment Received - Thank You | | -$50.00 |
| 10/11/2006 | New Balance | | $1,153.70 |

Promotion Expiration Alert!

| Expiration Date | Promotional Payoff Amount | Deferred FINANCE CHARGES | Promotion Type |
|---|---|---|---|
| 12/16/2006 | $234.79 | $21.48 | Same As Cash 47008-02 |

To avoid deferred finance charges, pay your Promotional Payoff Amount
of $234.79 by 12/16/2006. In addition, minimum payments due must be
paid by the Payment Due Date. If you have Insurance or Credit
Protection on your account, the Promotional Payoff Amount to avoid
Deferred Finance Charges may not be the same as the New Balance of
your promotional plan. See Finance Charge Summary for further
details.

Get points. Get more. Get into it. The Best Buy Reward Zone program is now FREE to
join. Learn more at MyRewardZone.com.

Important Notice Concerning Your Payments

How Payments are applied to your account
If you have a same-as-cash plan that is due to expire in the current billing cycle
or in the next billing cycle, and you make a payment before the same-as-cash
expiration date that is large enough to pay all minimum payments due plus your full
same-as-cash balance, we will automatically apply that payment first to the required
minimum payments and next to the plan that is due to expire. At all other times,
payments will be applied in the following order: (1) minimum payments that are due,
(2) plans with finance charges due, (3) same-as-cash plans in the order in which
they are due to expire. If you wish to re-direct any payment in a different order,
you may do so by calling the customer service number listed in the upper corner of
page 1 of your billing statement.

Page 1 of 2   10110200319              Please return coupon below with your payment.

BEST BUY CO., INC.              Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $1,153.70 | 11/05/2006 | 10/26/2006 | $12.00 |

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS

00169      Please complete using black or blue ink only.
           Make checks payable to Retail Services. Include
           your account number on your check or money order.

           RETAIL SERVICES
           PO BOX 60148
           CITY OF INDUSTRY CA 91716-0148

Exhibit N-50

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:    Retail Services PO Box 15821 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:    10/11/2006

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variab Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Same As Cash | | | | | | |
| 47009-01 | 11/25/06 | 12/08/07 | $929.92 | $.00 | 0.06205% | 22.65% |
| Same As Cash | | | | | | |
| 47005-02 | 06/14/06 | 12/16/06 | $239.18 | $.00 | 0.06205% | 22.65% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 47009-01 Continued | | $0.00 | $243.78 | $918.91 | $9.66 |
| 47005-02 Continued | | $0.00 | $21.48 | $234.79 | $2.34 |

Account Number: ☐☐☐☐☐☐☐

Exhibit N-51

# Exhibit O

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19080-5521
Days in Billing Cycle: 31

Statement Date:    11/11/2006

Account Summary                              Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | VARIABLE DAILY PERIODIC RATE | CORRESPONDING APR | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|---|---|
| 12/06/2006 | $13.00 | $1,241.99 | 0.05424% | 19.80% | $0.00 | $558.01 |

THANKS FOR BEING A GREAT CUSTOMER. WE HAVE INCREASED YOUR CREDIT LIMIT TO $ 1,800.00

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 10/12/2006 | Previous Balance..................................................... | | $1,153.70 |
| 10/22/2006 | Video/Compact Disc, Vi........... | Same As Cash.................... | $168.29 |
| 10/27/2006 | Payment Received - Thank You........................................... | | -$80.00 |
| 11/11/2006 | New Balance.......................................................... | | $1,241.99 |

Promotion Expiration Alert!

| Promotion Expiration Date | Promotional Payoff Amount | Deferred FINANCE CHARGES | Promotion Type |
|---|---|---|---|
| 12/16/2006 | $164.45 | $25.76 | Same As Cash 47005-02 |
| 01/22/2007 | $168.29 | $2.21 | Same As Cash 47010-04 |

To avoid deferred finance charges, pay your Promotional Payoff Amount
by each Promotion Expiration Date. In addition, minimum payments due
must be paid by the Payment Due Date. If you have Insurance or Credit
Protection on your account, the Promotional Payoff Amount to avoid
Deferred Finance Charges may not be the same as the New Balance of
your promotional plan. See Finance Charge Summary for further
details.

Wrap up the WOW with great everyday and special financing options storewide.

Page 1 of 2   11110196432                 Please return coupon below with your payment.

BEST BUY CO., INC.                Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $1,241.99 | 12/06/2006 | 11/27/2006 | $13.00 |

Alert! To avoid deferred finance charges, pay
your promotion Payoff Amount of $164.45 by
12/16/2006. In addition, minimum payments due
must be paid by the Payment Due Date.

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS

00169    Please complete using black or blue ink only.
         Make checks payable to Retail Services.  Include
         your account number on your check or money order.

         RETAIL SERVICES
         PO BOX 60148
         CITY OF INDUSTRY CA 91716-0148

0

Exhibit O-53

Payment Address:      Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 31

Statement Date:    11/11/2006

**Important Notice Concerning Your Payments**

How Payments are applied to your account
If you have a same-as-cash plan that is due to expire in the current billing cycle
or in the next billing cycle, and you make a payment before the same-as-cash
expiration date that is large enough to pay all minimum payments due plus your full
same-as-cash balance, we will automatically apply that payment first to the required
minimum payments and next to the plan that is due to expire.  At all other times,
payments will be applied in the following order: (1) minimum payments that are due,
(2) plans with finance charges due, (3) same-as-cash plans in the order in which
they are due to expire.  If you wish to re-direct any payment in a different order,
you may do so by calling the customer service number listed in the upper corner of
page 1 of your billing statement.

**Finance Charge Summary**

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variab Daily Periodic Rate | Corres- ponding APR |
|---|---|---|---|---|---|---|
| Same As Cash 47009-01 | 11/25/05 | 12/08/07 | $918.91 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47009-02 | 06/14/06 | 12/16/06 | $234.79 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47010-04 | 10/22/06 | 01/22/07 | $.00 | $.00 | 0.06205% | 22.65% |

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 47009-01 Continued | | $0.00 | $266.26 | $909.25 | $9.68 |
| 47009-02 Continued | | $0.00 | $25.75 | $164.45 | $1.64 |
| 47010-04 Continued | | $0.00 | $2.21 | $160.29 | $1.60 |

Account Number: [                    ]

Exhibit O-54

# Exhibit P

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:    Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:    12/11/2006

Account Summary                                    Account Number:

| PAYMENT DUE DATE | TOTAL MINIMUM PAYMENT DUE | NEW BALANCE | PAST DUE AMOUNT | AVAILABLE CREDIT |
|---|---|---|---|---|
| 01/05/2007 | $53.00 | $1,723.15 | $0.00 | $76.85 |

Please see reverse for important disclosures, including grace period information.

Transactions

| Transaction Date | Transaction Detail | Promo. Type/Credit Plan | Amount |
|---|---|---|---|
| 11/12/2006 | Previous Balance | | $1,241.99 |
| 11/17/2006 | Accessories, Victorvil | Same As Cash | $188.54 |
| 11/20/2006 | Accessories, Victorvil | Same As Cash | $75.40 |
| 11/26/2006 | Video/Compact Disc, Vi | Same As Cash | $86.17 |
| 12/03/2006 | Accessories, Victorvil | Same As Cash | $23.71 |
| 12/03/2006 | Photo/Commodities, Vic | Same As Cash | $102.34 |
| 12/06/2006 | Late Charge Assessment | | $35.00 |
| 12/07/2006 | Payment Received - Thank You | | -$30.00 |
| 12/11/2006 | New Balance | | $1,723.15 |

Promotion Expiration Alert!

| Promotion Expiration Date | Promotional Payoff Amount | Deferred FINANCE CHARGES | Promotion Type |
|---|---|---|---|
| 12/16/2006 | $145.81 | $29.26 | Same As Cash 47005-02 |
| 01/22/2007 | $166.61 | $5.41 | Same As Cash 47010-04 |
| 02/17/2007 | $188.54 | $2.95 | Same As Cash 47010-05 |
| 02/20/2007 | $75.40 | $1.04 | Same As Cash 47010-06 |
| 02/26/2007 | $86.17 | $.86 | Same As Cash 47010-07 |
| 03/04/2007 | $23.71 | $.15 | Same As Cash 47010-08 |
| 03/05/2007 | $102.34 | $.57 | Same As Cash 47010-09 |

To avoid deferred finance charges, pay your Promotional Payoff Amount
by each Promotion Expiration Date. In addition, minimum payments due
must be paid by the Payment Due Date.  If you have Insurance or Credit
Protection on your account, the Promotional Payoff Amount to avoid
Deferred Finance Charges may not be the same as the New Balance of
your promotional plan.  See Finance Charge Summary for further
details.

Wrap up the NOW when you use your Best Buy credit card to buy Holiday Gift Cards.  No
expiration date.  No fees.

Page 1 of 3    12110199290                 Please return coupon below with your payment.

BEST BUY CO., INC.                Customer Service (Servicio al Cliente): 1-800-365-0292

| ACCOUNT NUMBER | NEW BALANCE | PYMT DUE DATE | RECOMMENDED MAIL DATE | TOTAL MINIMUM PAYMENT DUE |
|---|---|---|---|---|
| | $1,723.15 | 01/05/2007 | 12/27/2006 | $53.00 |

Alert! To avoid deferred finance charges, pay
your Promotion Payoff Amount by each Promotion
Expiration Date. In addition, minimum payments
due must be paid by the Payment Due Date. See
Promotion Expiration Alert box for details.

AMOUNT
ENCLOSED

CRISTOBAL E GRANADOS

00169     Please complete using black or blue ink only.
          Make checks payable to Retail Services.  Include
          your account number on your check or money order.

          RETAIL SERVICES
          PO BOX 60148
          CITY OF INDUSTRY CA 91716-0148

0

Exhibit P-56

Payment Address:      Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:   Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:   12/11/2006

Important Notice Concerning Your Payments

How Payments are applied to your account
If you have a same-as-cash plan that is due to expire in the current billing cycle
or in the next billing cycle, and you make a payment before the same-as-cash
expiration date that is large enough to pay all minimum payments due plus your full
same-as-cash balance, we will automatically apply that payment first to the required
minimum payments and next to the plan that is due to expire.  At all other times,
payments will be applied in the following order: (1) minimum payments that are due,
(2) plans with finance charges due, (3) same-as-cash plans in the order in which
they are due to expire.  If you wish to re-direct any payment in a different order,
you may do so by calling the customer service number listed in the upper corner of
page 1 of your billing statement.

Finance Charge Summary

| Promotion Type/ Credit Plan | Purchase Date | Promotion Expiration Date | Previous Balance | Average Daily Balance | Variab Daily Periodic Rate | Corres-ponding APR |
|---|---|---|---|---|---|---|
| Same As Cash 47009-01 | 11/25/05 | 12/08/07 | $909.25 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47005-02 | 06/14/06 | 12/16/06 | $164.45 | $.00 | 0.06205% | 22.65% |
| Regular Purchase 00007-03 | N/A | N/A | $.00 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47013-04 | 10/22/06 | 01/22/07 | $168.29 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47010-05 | 11/17/06 | 02/17/07 | $.00 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47010-06 | 11/20/06 | 02/20/07 | $.00 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47010-07 | 11/26/06 | 02/26/07 | $.00 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47010-08 | 12/02/06 | 03/04/07 | $.00 | $.00 | 0.06205% | 22.65% |
| Same As Cash 47010-09 | 12/03/06 | 03/05/07 | $.00 | $.00 | 0.06205% | 22.65% |

Page 2 of 3   12110199298                    Account Number:

Exhibit P-57

Payment Address:    Retail Services PO Box 60148 City of Industry CA 91716-0148
Mail Billing Inquiries to:    Retail Services PO Box 15521 Wilmington DE 19850-5521
Days in Billing Cycle: 30

Statement Date:    12/11/2006

| Credit Plan | ANNUAL PERCENTAGE RATE (APR) | FINANCE CHARGES at Periodic Rate | Deferred FINANCE CHARGES | New Balance | Minimum Payment Due |
|---|---|---|---|---|---|
| 47009-01 Continued | | $0.00 | $288.31 | $899.57 | $10.16 |
| 47005-02 Continued | | $0.00 | $29.26 | $146.81 | $1.45 |
| 00007-03 Continued | | $0.00 | $.11 | $35.00 | $35.00 |
| 47010-04 Continued | | $0.00 | $5.41 | $166.61 | $1.66 |
| 47010-05 Continued | | $0.00 | $2.95 | $188.54 | $1.88 |
| 47010-06 Continued | | $0.00 | $1.04 | $75.40 | $.75 |
| 47010-07 Continued | | $0.00 | $.86 | $86.17 | $.86 |
| 47010-08 Continued | | $0.00 | $.15 | $23.71 | $.23 |
| 47010-09 Continued | | $0.00 | $.57 | $102.34 | $1.02 |

Account Number:

Exhibit P-58

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                                 )  ss

COUNTY OF LOS ANGELES  )

      I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.  My business address is: 2029 Century Park East, Los Angeles, CA  90067-3086.

      On **December 15, 2008**, I served the foregoing document(s) described as: **DECLARATION OF ANNA ANTONIO IN SUPPORT OF MOTION OF DEFENDANT HSBC BANK NEVADA, N.A. TO COMPEL ARBITRATION AND TO STAY ACTION PENDING COMPLETION OF ARBITRATION OR, IN THE ALTERNATIVE, DISMISS ACTION** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☒   **(VIA U.S. MAIL)**  In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐   **(VIA E-MAIL)**  Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☒   **(VIA ELECTRONIC CASE FILING)**  I filed electronically the documents listed above, using the U.S. District Court electronic case filing service, on **December 15, 2008.** Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐   **(VIA FACSIMILE)**  By causing such document to be delivered to the office of the addressee via facsimile.

☐   **(VIA OVERNIGHT DELIVERY)**  By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

      I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

      Executed on **December 15, 2008**, at Los Angeles, California.

| Jeri Staley | /s/ *Jeri Staley* |
|---|---|
| [Name] | [Signature] |

- 59 -

LA 51104458

**SERVICE LIST**
**Cristobal Granados v. HSBC Bank USA**
**USDC CA Central District Case No. ED CV08-1605 SGL (SSx)**

## SERVED VIA U.S. MAIL:

Jay W. Smith (Bar No. 150113)
LAW OFFICES OF JAY W. SMITH
22136 Sonoma Place
Chatsworth, CA 91311
Telephone:  818-709-4117
Facsimile:  818-709-2513
Email:        jsmith81452@yahoo.com

## SERVED VIA ECF:

David C. Parisi (Bar No. 162248)
Suzanne Havens Beckman (Bar No. 188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone:  818-990-1299
Facsimile:  818-501-7852
Email:        dcparisi@parisihavens.com
                 shavens@parisihavens.com

LA 51104458